In the Federal Court
of The
Eastern Distric of New York

Michael Lynn Metcalf )

**24-cv-05472-PKC-LB**

vs. )
MDC Brooklyn, )
Staff / Medical, )
Correction Officers, )
Lt. , Warden, )
Unit Team, )
Sanitation Dept. )

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  JUL 31 2024  ★

BROOKLYN OFFICE

RECEIVED
AUG 0 1 2024
PRO SE OFFICE

Comes here now, on this 24th day of June, 2024; the plantiff, Michael Metcalf is filling lawsuits against the Named and unnamed Defendants, Stemming from incedents that accured during, approximately June- July of 2022; at the MDC Brooklyn facility. The plantiff has Dates, + Times, of any and all actions, + Request, + greivences. The plantiff was housed as a federal Inmate. The plantiff did try to exhaust all Remedies through the BOP Remendy Process. The Plaintiff has names of everyone involved during these incedents + also names of witness, (staff and several other Federal Inmates, of sound + Mind, that saw, Heard, witnessed and were treated the same as).

The plantiff is indigent, so request for a

legal Representation, Lawyer, in this matter.
The plantiff is suing for $ 750,000.⁰⁰ ;
and for the facility of MDC Brooklyn to Be
Better Staffed and to be better equipted +
prepared for future Inmates Not to go through
the same punishment + Humiliation, as the plaintiff
and all remaining inmates that was with Mr. Metcalf
had to Endure. And for Ang + All Medical Bills to be paid steering room
incident + future Bills. The plaintiff is suing on Grounds of violating
his Rights, Cruel and Unusually Punishment and
Neglegence of an Institute. The Staff placed
Mr. Metcalf + several other Inmates in an uncleaned
unit of the Jail that had Been Shut down with
No Unit Team or Staff to fill it. It had feces in
2 of the toilets that was Broke, Only one shower
worked, Had mold all in It, No cleaning liquids or
No Sanitation Spray that is Mandated thru out
the BOP, in Every Pod/Unit. Would not give our Meds
to Us for Days, Gave us Cold food that sat for hours
at a time and Made All Inmates sleep on the Hard Steel
Bunks with No Form of Matteress at all Said they were
out for Days. Then Medical would not see the plaintiff
on his Requests. The plaintiff has Lower Back problems
and Neck problems and PTSD Stemming from these incidints.
And has reported it + Requested Medical Many times on these
issues. And violating Covid protocol during pandemic.

The Plaintiff is Being held at the Clark County Jail, Indiana and has a Federal Hold on Him. You can reach him at the Mailing address with his # 75393 at the Clark County Jail as long as He is incarcerated there or at 3433 McKinley Rd. Johnson City, TN 37601.

Respectfully Submitted,

x <u>Michael Lynn Metcalf</u>
<u>Michael Lynn Metcalf</u>
Date <u>June 24th, 2024</u>

Michael Metcalf 75-513
Clark County Jail, IN.
P.O. Box 76550
Highland Heights, Ky 41076

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 31 2024 ★

BROOKLYN OFFICE

CLARK COUNTY JAIL
Inmate Correspondence
Not Responsible for Contents

U.S.M.S.

Federal Court Clerk
of
The Eastern District of New York
225 Cadman Plaza E.
Brooklyn, NY 11201

USA ★ FOREVER