UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_Michael Lynn Metcalf_

_____

_____
Plaintiff,

[Insert full name of plaintiff/prisoner]

-against-

_BOP Director, Warden-MDC Brooklyn, MDC Brooklyn Staff - Lt. Angevin / Lt. Dupree / Captain Rodriquez / Nurse Garcia, Medical - Nurse Admin. - Doctor-Psychology MDC Brooklynn, Health Administrator Director, Executive Asst. Health Service - OKL, Nurse OKL._ Defendant(s). ✱ See Att. 1.(a)

[Insert full name(s) of defendant(s).  If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants.  The names listed above must be identical to those listed in Part I]

**CIVIL RIGHTS COMPLAINT**
42 U.S.C. § 1983

JURY DEMAND

YES_✓___   NO_____

I.  **Parties:**  (In item A below, place your name in the first blank and provide your present address and telephone number.  Do the same for additional plaintiffs, if any.)

A.  Name of plaintiff _Michael Lynn Metcalf_

If you are incarcerated, provide the name of the facility and address:

_Clark County Jail_
_501 E. Court Ave._
_Jeffersonville, Ind. 47130_
Prisoner ID Number: _75393_ / _Federal Reg.#54480-074_

1

If you are not incarcerated, provide your current address:

_____

_____

_____

Telephone Number: _____

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

Angevin    See Att. 1 (a)
Full Name

Lt.
Job Title

MDC Brooklyn, NY
Address

Defendant No. 2

Mr. Dupree    See Att. 1 (a)
Full Name

Lt.
Job Title

MDC Brooklyn, NY
Address

Defendant No. 3

Mr. Rodriguez    See Att. 1 (a)
Full Name

Captain
Job Title

MDC Brooklynn

2

_____
Address

**Defendant No. 4**

_Warden,     See Att. 1(a)_
Full Name

_Warden_
Job Title

_MDC BrookLynn_

_____
Address

**Defendant No. 5**

_____  See Att. 1(a)
Full Name

_BOP Director_
Job Title

_____

_____
Address

## II.    Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? _MDC Brooklyn, NY ~_
_OKL Transport Facility ~, Grady County Jail, OKL ~_
_See Att. 3(a),(b),(c),(d),(e),(f),(g),(h)._

When did the events happen? (include approximate time and date) _____
_See Att. 3(a),(b),(c),(d),(e),(f),(g),(h)._

_____

3

Facts: (what happened?) See Att. 3(a),(b),(c),(d),(e),(f),(g)(h).

**II.A.    Injuries.** If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

Lower Back, Neck, Nerve Damage, PTSD. Steriod Shot at OKL Transport Center ~ BOP. Nothing Else.

4

III.    **Relief:** State what relief you are seeking if you prevail on your complaint.

Awarded $750,000.⁰⁰ and All future Medical Bills paid steeming from these Injuries. For the Facilities Named to be better prepared and Staffed so that No future inmates to have to Endure the same pain and treatment that Metcalf and all named Inmates went thru.

I declare under penalty of perjury that on ___8-11-2024___, I delivered this

complaint to prison authorities at Clark Co. Jail, Ind. to be mailed to the United
(name of prison)
States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8-10-2024     Michael L. Metcalf
Signature of Plaintiff

Clark County Corrections/Jail, Ind.
Name of Prison Facility or Address if not incarcerated

501 E. Court Ave.
Jeffersonville, Ind. 47130
Address

#75393
Prisoner ID#

rev. 12/1/2015

5

Att. 1 (a)

Persons Involved -                        Date - Time
1) ~ Lt. Angevin         MOC Bro. 6-24-22 - 17:45
2) ~ Lt. Dupree                      to
                               7-06-22 - 05:42
3) ~ Nurse ~ Garcia
4) ~ Captain ~ Rodriguez      9.) BOP Director
5) ~ Warden OF MOC Brooklyn
6) ~ Medical/Nurse Admin., Doctor, Psychology
7.) Health Administrator Director
8.) Executive Assistant
              OXL    7~14-22 - 7~20-22
1.) Medical ~ Nurse on 7-15-22
2.) Health Services ~ Health director Administrator
3.) Unit 3~d Counselor ~ Castillo
4.) Unit 3~d Counselor ~ Mr. Zapeda
              F.C.I. Berlin
1.) Sick Call ~ seen on 6~6~2023~ Golden, Patrick CD
     (Requested M.R.I./and X~ray)

Att. 2 (a)

Standard Form 95

Line 11.   Witnesses - MDC-Bro.

Names               Address ?

Date - Time
6/24/2022-1745
to
7/06/2022-0542

Federal Bureau of Prison Inmates -

1.) Maico Turell # 28581509
2.) Darryl Spengler #23763509
3.) Alash Raiz # 676903844 ?
4.) Brian Velez #26103014
5.) Maleke Sockwell # 48209509
6.) Darren Branton # 48687066
7.) Rashaan Corbin # 78787053
8.) Gregory Libby # 00278509
9.) Arismendy Gilpadilla # 02565509
10.) Anthony Reynoso # 13398036
11.) Daniel Rivera # 03742049
12.) Marino Saverino # 22526014
13.) Cecilio Gonzalez # 69362066
14.) Hector Minaya Melo # 21403509
15.) Ernest Lomax # 17508030
16.) Quentin Dixon # 01003120
17.) Lamont Burge # 42429083
18.) Richard Delsanta # 46159509
19.) Frankie Jones # 65188056
20.) Daniel Sansona # 16846509
21.) Bernard Gadson # 01711138
22.) Robert Scott # 64994509

Att. 2 (b)

23.) Todd Bussino # 43763509
24.) Angel Delgado # 12279070
25.) Marquis McNair # 12146070
26.) Samathis # 10774/510 ?
27.) Kory Almand # 15801049
    Federal Bureau of Prisons Staff ~
    (MDC Brooklyn)
1.) Officer Benjamin ~ Worked 6/25/2022 3:30p.m~ 10:00p.m.
2.) Mrs. _____ (Laundry) worked 6/26/2022 → Gonzalez ?
3.) Unit H~52 (5th Floor) Counselor ~ Gnamian
4.) Unit Manager ~ J. Moesch
5.) Case Manager~ Mrs. Windham
6.) Lt. Robinson

Case 1:24-cv-05472-PKC-CHK    Document 5    Filed 08/26/24    Page 9 of 53 PageID #: 30

Att. 3(a)

Standard Form 95

\* Line 8 ~ Basis of Claim

After 2 days of Long bus rides, we arrived at MDC. Brooklyn on 6/24/2022. Staff had us salting in R-N-D for Many hours on Concrete. They took some inmates to the units. The Lt., Angevin, had made the remark "It's getting late, just open up the dorm and place the rest of them in there." They told us that there wasnt enough room in any of the other units for the rest of us. So the Lt. Angevin and her officers took us to an open-bunk pod, Staff that was working informed us that this pod hadnt been used in nearly 5 years. During R-N-D, Staff gave us the Clothes that we had on and a sheet and a Blanket. The pod we were placed in was so nasty. Cut the lights on and was so Hot and humid, so they turned on a Big Industrial Fan that Blew lots of Dust and particles all around the air from thru-out the pod. Did not provide any of us with masks. There was Molded stryrofoam cups of old Food on lots of the Bunks and Inside of lockers. Sinks were very nasty. There were a few toilet stalls, But only one toilet was working. Two of the toilets was Filled with Feces and tissue, they had plastic bags wrapped around them hard telling how long they been like that, The smell was unbearable. Only one shower was operational and there was mold all in it. Of all the orderilies MDC Brooklyn had, they did not take 30 minutes of time and let 2 or 3 workers

Att. 3 (b)

clean the unit prior to placing us in there. It was extremely unsanitary. There was no Cleaning supplies or Sanitation spray, that is mandated through out the BOP. We asked for cleaning supplies, gloves, sanitation spray, shower shoes, change of clothing, and Mats. We also asked when we would recieve our medications, that most of us brought Meds off the bus,* That they had upon Arrival in R-N-D. And during intake everyone seen the nurse and they Knew what each of us was prescribed, she had our Meds.

Lt. Angevin and the officers that placed us in the dorm could clearly see it wasn't sanitary. They just gave us sandwiches and told us they'd be back shortly with Mats and other requested items. No one came back that night, the gaurd on duty told us at approximently 9:45 pm /or so, (Count Time), that all the inmates had to be behind the Blue Line inside Bunk area. The bunks were not (6) Feet apart They did not test any of us, that came on the buses from different spots, for Covid-19 upon arrival. Placed us all together in the open dorm, some were vaccinated and some were not. Alot of us inmates had Health issues,* Mentally and Physically. Some on walking crutches, crippled, and some needing insulin shots. Many times we keep asking for Mats, Meds, and cleaning supplies. The duty officers Kept calling Medical and the Lt., but all we kept getting told was that, they Know and are working on it. They told us the Housing Unit that we was in was 4 North.

Att. 3 (c)

The next day, after everyone exhausted from being up since Thursday night/Friday morning and long hard bus rides, So we were all forced to lay on + try to sleep on the Steel Bunks with no kind of Mat or cushion at all. All the phones were cut off and all the new arrivals to BOP, were asking for their pin #'s and pac #'s to access the phones and computers. The duty officer said she was sorry, that they must wait and get it from a Unit Team Staff and and since, that Dorm hadn't been in use, that there was no Unit Team for any of us to see or talk to. So no one could contact their families or lawyers. They told us, that had already had our pin #'s and pac #'s, that all the phones wasn't working because of technical difficulty, but as soon as we recieved mats, they started working.

Saturday, June 25, 2022 / 3:30pm-10:00 p.m., Officer Benjamin came on. All of us was cranky from lack of sleep, sore and hurting from having to lay on Steel Bunks with no mats. We all kept asking her questions that she couldn't answer and she really didn't know what was going on. She tried to help us the best she could. She called medical and the Lt. many times. Finally Lt. Dupree came up to unit and went inside officer office. When we tried to speak or request, he made a few hateful remarks and said that he didn't talk to transit inmate to speak to his officer, which she had already explained what everyone needed. All he said to her was to let us know that mats were coming. One inmate heard a staff say they had to

Att. 3 (d)

gets mats shipped from another institution. Still no meds, no meds, no cleaning supplies, and no sanitation spray. Then inmates were told at "Recall", that they must remain in bunk area or go to the SHU. So Forced to lay and Sleep on Hard Steel, (with No Form of cushion), all day and night sat. At 6:55am sunday, two officers brought in mats. And later the Nurse Garcia, brought Insulin shots for some. She told the rest of us, that she couldnt help or do anything for us because she didnt have any of our meds. I hadnt had my Pain medication or psych medications since Thursday night. My Back and Neck has been Non-stop Hurting everysince. On 6/25/2022, at 3:14pm, I emailed, via TruLinks, the Captain. On 6/25/2022, at 3:25pm, I emailed the Warden, (executive assistant and correctional services/captain). On 6/25/2022, at 3:29p.m., I emailed (facilities), to Medical~Nurse Admin. On 6/25/2022, at 3:17pm (psychology), to Nurse/Doctor. On all emails I informed each one our situations and requested Mats, meds, toilet essentials, and change of clothing. Finally the laundry lady came Monday and got sizes for all inmates to get a change of clothes, I asked her if she could get someone from safety/or facilities to bring us some sanitizer Spray and cleaner? When she asked why didnt we have any, I informed her We'd been there for days with out any and have been asking everyone for some, she said "Oh my, I'll go get you all some right now" and she did.

Att. 3 (e)

But after we had cleaned the pod, they came and moved a few of us at a time, and seperated us in different Pods. Before they moved us, Lt. Robinson, had came to the unit and asked what all was needed, and said that he is very sorry that we all had to go through that, that they was not ready to recieve us. Over the next few days I filled out many sick calls over Back and neck pain. I was never seen by a nurse or Doctor. On 6/27/2022, at 12:25 p.m. - I wrote a sick call to Health Administrator ~ doctor/nurse, explaining pains and asking for my medications that I still had not recieved. On 6/27/2022, at 2:30, I wrote to pysch~nurse (psychology), explaining that I got a reply that I had recieved my meds, But I had not and asked them to please look into it for me because I haven't had meds since I left E.C.I. Berlin, Then Finally recieved my meds. On 7/01/2022, at 3:30 p.m., sent sick call to Doctor~ Explaining pains in my back and neck and saying that I have been putting in sick calls but still haven't been seen, asking can I please get in to see the Doctor as soon as possible. When I finally got an Email back saying that I am on the list to be seen, I was then shipped out, so never got Medical Treatment. The unit they moved me and one other Inmate to was, H Unit 5th Floor (H-5) I then asked the counsler~ Gnomian, For a BP-8 and a Tort Claim (Standard Form 95). I spoke to J. Moesch, Unit Manager, about this issue, He replied "This is not a

Att. 3(f)

pg 6 of 8

problem that can go back and be Fixed, what's done is done, so it's not for the Remedy Process." And Hatefully asked me and my cell mate", why we were in the cell we were in, who the Hell told us we could move there." My cell mate was Todd Bussino" 43763509. I Filled out the BP-8 and turned it into Case Manager, Mrs. Windham. She read it and told me that this is not a issue for Unit Team, so It'd just be shot right back to me. She said that I need to make it out to Captain Rodriguez, And that she would personally give it to him. That was on 7/03/2022, at approximently 1:15 p.m.. The BP-8 explained my complaint of no mats for 2 nights and Days, Uncleaned pad, No sanitizer spray, Explained to get more Mats, so Future inmates dont have to go through the treatment we went through. And I expected to be Finadally Compisated for Pain and suffering and any Medical Bills in the Future steeming from incedent. I got moved so didnt get to complete the Remedy Process. After Flights to OKL then back out next morning to W.V. *(Marshalls never showed to pick me up), so back on plane, Flew to Atl then Back to OKL. All day For 2 days on Flight shakled + Seated, then standing during R-N-D process. I informed ourise during intake about the situation and that my Back and Neck was Hurting bad, and requested a Bottom Bunk Pass. Was Denied and told to Fill out sick call. So I did and never got seen.

Att. 3(g)

I had to climb up and down for days on top Bunk. I Filled out another sick call on 7/14/2022. A male nurse came to my cell and asked a Few questions, I informed him about the Pain in Back and Neck and going down in Legs And how long its been going on. And asked For Bottom Bunk pass. He didnt even check out my back, just said he'd order me a steriod shot, I said ok but can I get a M.R.I. or X-ray or something to see whats causing problems. He said, oh I didnt need it if I wasnt in a sudden jerks. Still didnt get checked out or Bottom Bunk Pass. On 7/15/2022 Nurse came in and gave me a steriod shot in my Buttox. On 7/16/2022, at 1:28 p.m., I sent email to unit Management, (3~d) counsler, Mr. Zapeda, explaining that I put in a BP-8 at MDC Brooklyn to Mrs. Windham for the Captain Rodriguez, and that I got moved shortly after, so I couldnt get a reply and go forth on the Administrative Remedy Process. I requested Mr. Zapeda for a Sensite-9. And as soon as possible, cause I could be leaving soon to go to County Jail and couldnt do the process there. On 7/16/2022, at 1:34 p.m., I sent email to Unit Management, (3~d/Counsler) Mr. Castillo, approximately the same email, requesting sensitive-9 on this issue, asap. On 7/19/2022, at 5:40 p.m., I sent an email to Unit Management - to Case Manager - approximently same email, requesting a sensitive-9 asap. On 7/19/2022, at 5:35 pm, I emailed to Health Services, (Health Director Administrator), explaining issue

Att. 3(h)                                    Pg. 8 of 8

and pains in lower back and neck, and that I put in sick call, recieved a steried shot, and didnt get bottom bunk pass. And request to be seen For Further treatment, that the shot did nothing to ease the pain, and that I had already been charged for a sick call once For same issue, so did not need to be charged again. Listed Witness's can verify that at MDC Brooklyn, we was placed in a Dirty, unsanitory pod, with no mates and No Meds or Cleaning supplies, or No change of clothes, or shower shoes, and cold tv diners for chow.

It was Cruel and Unusual Punishment, and Negligence of Institution. Violation of 8th Admendment Right. Violated Health rights, and violated Covid-19 potocols, violated BOP protocol For Mandated sanitation spray. Inmate Handbook Department of Justice, Updated July 23, 2021, pg. 39 Inmate Rights and Responsibilities, #4 right to Health Care and Proper Bedding and Clothing. Pg. 4 Sanitation Rules Beds to be made by 7:30 am (Inmates my sleep on Made Bed after 7:30 am) (No Razors Issued - Pg. 4). Pg. 6 - All Beds to be Made daily, If not, Displinary action is probable. Pg. 6-7 Issued clothing atleast three changes of clothing weekly.

From OKL, went to Grady Co., OKL - which after Filling sick call for pain issues, was told they would just check vitals and Prescribe Meds, just holding facility.

Michael Metcalf
54480-074

I am 21 years of age or Older, and I certify, verify, and Declare that all the Above Statements is correct and accurat Under the Penalty of Parqury to the Best of My Knowledge.

AO-240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

## UNITED STATES DISTRICT COURT
for the

Michael Lynn Metcalf

_Plaintiff/Petitioner_

Boo Director MDC Brooklyn Staff,
Health Admin Director,

_Defendant/Respondent_

Civil Action No.

### APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. _If incarcerated_, I am being held at: Clark County Jail, Ind.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. _If not incarcerated._ If I am employed; my employer's name and address are:

My gross pay or wages are: $ 0 , and my take-home pay or wages are: $ 0 per

_(specify pay period)_ _____

3. _Other Income._ In the past 12 months, I have received income from the following sources _(check all that apply)_:

| | Yes | No |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☑ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☑ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☑ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☑ No |
| (e) Gifts, or inheritances | ☐ Yes | ☑ No |
| (f) Any other sources | ☑ Yes | ☐ No |

_If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future._

Girlfriend sent me approx. $40 week from May 2024 - Au 2024 as gift. Do Not expect any funds or gifts in future.

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4.  Amount of money that I have in cash or in a checking or savings account:  $ ___0___ .

5.  Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*: ∅

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*: ∅

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support: ∅

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:
Child Support $90,000- Morgan Burgess, $75,000- Jessica Pierce
$60,000 Beverly Mentt.
State Farm Insurance - $4,000
Medical Bills $150,000   Southern Finance - $3,250.00

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date:  8-10-2024                    Michael Metcalf
                                    _____
                                    Applicant's signature

                                    Michael Metcalf
                                    _____
                                    Printed name

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## PRISONER AUTHORIZATION

Case Name: Michael Lynn Metcalf vs. BOP Director, Warden and Staff MDC Brookly Brooklyn

*(Enter full name of plaintiff(s))*        *(Enter full name of defendant(s))*

Docket Number: _____ -CV- _____ ( )

*(Enter the docket number if available; if filing with your complaint, leave blank)*

The Prison Litigation Reform Act ("PLRA" or "Act") amended the *in forma pauperis* statute (28 U.S.C. § 1915) and applies to your case. Under the PLRA, you are required to pay the full filing fee when bringing a civil action if you are currently incarcerated or detained in any facility. If you do not have sufficient funds in your prison account at the time your action is filed, the Court must assess and collect payments until the entire filing fee of $350 has been paid, **no matter what the outcome of the action.**

SIGN AND DATE THE FOLLOWING AUTHORIZATION:

I, Michael Lynn Metcalf _____ *(print or type your name),* request and authorize the facility institution or agency holding me in custody to send to the Clerk of the United States District Court for the Eastern District of New York, or, if this matter is transferred to another district court, to the Clerk of the transferee court, a certified copy of my prison account statement for the past six months. I further request and authorize the facility or agency holding me in custody to calculate the amounts specified by 28 U.S.C. § 1915(b), to deduct those amounts from my prison trust fund account (or institutional equivalent), and to disburse those amounts to the United States District Court for the Eastern District of New York. This authorization shall apply to any facility or agency into whose custody I may be transferred, and to any other district court to which my case may be transferred and by which my *in forma pauperis* application may be decided.

I UNDERSTAND THAT BY SIGNING AND RETURNING THIS NOTICE TO THE COURT, THE ENTIRE COURT FILING FEE OF $350 WILL BE PAID IN INSTALLMENTS BY AUTOMATIC DEDUCTIONS FROM MY PRISON TRUST FUND ACCOUNT <u>EVEN IF MY CASE IS DISMISSED.</u>

Michael Metcalf                    8-10-2024

Signature of Plaintiff                Date Signed

Prisoner I.D. Number(s)    75393 _____

Name of Current Facility    Clark County Jail, Ind.

rev. 2/11

IN ... ...
U.S. DISTRICT COURT E.D.N.Y.

☆ AUG 26 2024 ☆

BROOKLYN OFFICE

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK
### PRO SE OFFICE
### U.S. COURTHOUSE
### 225 CADMAN PLAZA EAST
### BROOKLYN, NY 11201

**Date:** 07/26/2024

**Dear Litigant**    Michael Metcalf #75393

We are writing to you in response to your submission addressed to the United States District Court for the Eastern District of New York and received on _____ .

The Court cannot act upon the set of papers we have received from you. The Court can only act upon a complaint or a petition. A review of the Court's records appears to show that there is no such action presently pending in which you are a plaintiff. Should you wish to start an action in this Court, we are enclosing the following forms for your convenience:

✓ 42 U.S.C. § 1983 Complaint Form
__ 28 U.S.C. § 2241 Petition Form
__ 28 U.S.C. § 2254 Petition Form
__ 28 U.S.C. § 2255 Petition Form
__ General Complaint Form
__ Social Security Complaint Form
__ Employment Discrimination Complaint Form
__ Request to Waive the Filing Fee

Any papers you wish to submit to this Court must be sent to this Office at the address listed above. This Office cannot offer any advice regarding the merits of your case.

We hope this information is of assistance to you. Should you have any further questions, please contact this Office.

Sincerely,
Pro Se Office
(718) 613-2665

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Michael Lynn Metcalf

_____

_____
Plaintiff,

[Insert full name of plaintiff/prisoner]

**CIVIL RIGHTS COMPLAINT**
42 U.S.C. § 1983

JURY DEMAND

YES __✓__    NO _____

-against-

BOP Director, Warden-MDC
Brooklyn, MDC Brooklyn Staff-
Lt. Angevin/Lt. Dupree/
Captain Rodriquez/Nurse Garcia,
Medical-Nurse Admin.-Doctor-Psychology MDC Brooklyn,
Health Administrator Director, Executive Asst. Health Service-OKL,
Nurse OKL.    Defendant(s). ※ See Att. 1.(a)

[Insert full name(s) of defendant(s). If you need additional
space, please write "see attached" and insert a separate
page with the full names of the additional defendants. The
names listed above must be identical to those listed in Part I]

I.    **Parties:** (In item A below, place your name in the first blank and provide your present
address and telephone number. Do the same for additional plaintiffs, if any.)

A.    Name of plaintiff Michael Lynn Metcalf

If you are incarcerated, provide the name of the facility and address:

Clark County Jail

501 E. Court Ave.

Jeffersonville, Ind. 47130

Prisoner ID Number: 75393 / Federal Reg.#54480-074

1

If you are not incarcerated, provide your current address:

_____

_____

_____

Telephone Number: _____


B. List all defendants. You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

Angevin          See Att. 1 (a)
Full Name

Lt.
Job Title

MDC Brooklyn, NY
Address


Defendant No. 2

Mr. Dupree        See Att. 1 (a)
Full Name

Lt.
Job Title

MDC Brooklyn, NY
Address


Defendant No. 3

Mr. Rodriguez    See Att. 1 (a)
Full Name

Captain
Job Title

MDC Brooklynn

2

_____
Address

**Defendant No. 4**    Warden,    See Att. 1(a)
Full Name

Warden
Job Title

MDC BrookLynn
_____
Address

**Defendant No. 5**    See Att. 1(a)
Full Name

BOP Director
Job Title

_____

_____
Address

## II.    Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? MDC BrookLyn, NY ~ OKL Transport facility ~, Grady County Jail, OKL ~ See Att. 3(a),(b),(c),(d),(e),(f),(g),(h).

When did the events happen? (include approximate time and date) _____
See Att. 3(a),(b),(c),(d),(e),(f),(g),(h).

_____

3

Facts: (what happened?) See Att. 3(a),(b),(c),(d),(e),(f),(g)
(h).

II.A.    Injuries.    If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required.  Was medical treatment received?

Lower Back, Neck, Nerve Damage, PTSD.
Steriod Shot at OKL Transport Center ~ BOP.
Nothing Else.

4

III.     Relief:  State what relief you are seeking if you prevail on your complaint.

Awarded $750,000.⁰⁰ and All future Medical Bills paid steeming from these Injuries. For the Facilities Named to be better prepared and Staffed so that No future inmates to have to Endure the Same pain and treatment that Metcalf and all named Inmates went thru.

I declare under penalty of perjury that on ___8-11-2024___ , I delivered this
                                                        (date)
complaint to prison authorities at _Clark Co. Jail, Ind._ to be mailed to the United
                                        (name of prison)
States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: _8-10-2024_     _Michael L. Metcalf_
                        Signature of Plaintiff

_Clark County Corrections/Jail, Ind._
Name of Prison Facility or Address if not incarcerated

_501 E. Court Ave._
_Jeffersonville, Ind. 47130_
Address

_#75393_
Prisoner ID#

rev. 12/1/2015

5

Att. 1 (a)

Persons Involved -                    Date. - Time

1) ~ Lt. Angevin          MDC Bro.  6-24-22 - 1745
2) ~ Lt. Dupree                     to
                                    7-06-22 - 0542
3) ~ Nurse - Garcia.
4) ~ Captain - Rodriguez      9.) BOP Director
5) ~ Warden Of MDC Brooklyn
6) ~ Medical/Nurse Admin., Doctor, Psychology
7) Health Administrator Director
8) Executive Assistant
                OXL      7-14-22 - 7-20-22
1) Medical ~ Nurse on 7-15-22
2) Health Services - Health director Administrator
3) Unit 3-d Counselor ~ Castillo
4) Unit 3-d Counselor ~ Mr. Zapeda
            F.C.I. Berlin
1) Sick Call - seen on 6-6-2023 ~ Golden, Patrick CD
    (Requested M.R.I./and X-ray)

Att. 2 (a)

Standard Form 95

Line 11.    Witnesses ~ MDC-Bro.

Names                    Address ?

Date - Time
6/24/2022 - 1745
+ 8
7/06/2022 - 0542

Federal Bureau of Prison Inmates -

1.) Maico Turell    # 28581509
2.) Darryl Spengler # 23763509
3.) Alash Raiz # 676903844 ?
4.) Brian Velez # 26103014
5.) Maleke Sockwell # 48209509
6.) Darren Branton # 48687066
7.) Rashaan Corbin # 78787053
8.) Gregory Libby # 00278509
9.) Arismendy Gilpadilla # 02565509
10.) Anthony Reynoso # 13398036
11.) Daniel Rivera # 03742049
12.) Marino Saverino # 22526014
13.) Cecilio Gonzalez # 69362066
14.) Hector Minaya Melo # 21403509
15.) Ernest Lomax # 17508030
16.) Quentin Dixon # 01003120
17.) Lamont Burge # 42429083
18.) Richard Delsanta # 46159509
19.) Frankie Jones # 65188056
20.) Daniel Sansona # 16846509
21.) Bernard Godson # 01711138
22.) Robert Scott # 64994509

Att. 2 (b)

23) Todd Bussino # 43763509
24) Angel Delgado # 12279070
25) Marquis McNair # 12146070
26) Samathis # 107741510 ?
27) Kory Almand # 15801049
Federal Bureau of Prisons Staff ~
(MDC Brooklyn)
1) Officer Benjamin ~ Worked 6/25/2022 3:30p.m~10:00p.m.
2) Mrs _____ (Laundry) worked 6/26/2022 → Gonzalez ?
3) Unit H~52 (5th Floor) Counselor ~ Gnamian
4) Unit Manager ~ J. Moesch
5) Case Manager~ Mrs. Windham
6) Lt. Robinson

Att. 3(a)

Standard Form 95

\* Line 8 - Basis of Claim

After 2 days of Long bus rides, we arrived at MDC Brooklyn on 6/24/2022. Staff had us sitting in R-N-D for Many hours on concrete. They took some inmates to the units. The Lt. Angevin, had made the remark "It's getting late, just open up the dorm and place the rest of them in there." They told us that there wasn't enough room in any of the other units for the rest of us. So the Lt. Angevin and her officers took us to an open-bunk pod. Staff that was working informed us that this pod hadn't been used in nearly 5 years. During R-N-D, Staff gave us the Clothes that we had on and a sheet and a Blanket. The pod we were placed in was so nasty. Cut the lights on and was so Hot and humid, so they turned on a Big Industrial fan that Blew lots of Dust and particles all around the air from thru-out the pod. Did not provide any of us with masks. There was Molded styrofoam cups of old food on lots of the Bunks and Inside of lockers. Sinks were very nasty. There were a few toilet stalls, But only one toilet was working. Two of the toilets was Filled with feces and tissue; they had plastic bags wrapped around then hard telling how long they been like that. The smell was unbearable. Only one shower was operational and there was mold all in it. Of all the orderlies MDC Brooklyn had, they did not take 30 minutes of time and let 2 or 3 workers

Att. 3 (b)

clean the unit prior to placing us in there. It was extremely unsanitary. There was no Cleaning supplies or sanitation spray, that is mandated through out the BOP. We asked for cleaning supplies, gloves, sanitation spray, shower shoes, change of clothing, and Mats. We also asked when we would recieve our medications, that most of us brought Meds off the bus.* That they had upon Arrival in R-N-D. And during intake everyone seen the nurse and they knew what each of us was prescribed, she had our Meds.

Lt. Angevin and the officers that placed us in the dorm could clearly see it wasn't sanitary. They just gave us sandwiches and told us they'd be back shortly with Mats and other requested items. No one came back that night, the gaurd on duty told us at approximently 9:45 pm /or so, (Count Time), that all the inmates had to be behind the Blue Line inside Bunk area. The bunks were not (6) Feet apart. They did not test any of us, that came on the buses from different spots, for Covid-19 upon arrival. Placed us all together in the open dorm, some were vaccinated and some were not. A lot of us inmates had Health issues,* Mentally and Physically. Some on walking crutches, crippled, and some needing insulin shots. Many times we keep asking for Mats, Meds, and cleaning supplies. The duty officers kept calling Medical and the Lt., but all we kept getting told was that, they know and are working on it. They told us the Housing Unit that we was in was 4 North.

Att. 3 (c)

The next day, after everyone exhausted from being up since Thursday night/Friday morning and long hard bus rides, So we were all forced to layon & try to sleep on the Steel Bunks with no kind of Mat or cushion at all. All the phones were cut off and all the new arrivals to BOP, were asking for their pin #'s and pac #'s to access the phones and computers. The duty officer said she was sorry, that they must wait and get it from a Unit Team Staff and and since that Dorm hadnt been in use, that there was no Unit Team for any of us to see or talk to. So no one could contact their families or lawyers. They told us, that had already had our pin #'s and pac #'s, that all the phones wasnt workin because of technical difficulty, but as soon as we recieved mats, they started working.

Saturday, June 25, 2022 / 3:30pm-10:00 p.m., Officer Benjamin came on. All of us was cranky from lack of sleep, sore and hurting from having to lay on Steel Bunks with no mats. We all kept asking her questions that she couldn't answer and she really didnt know what was going on. She tried to help us the best she could. She called medical and the Lt. many times. Finally Lt. Dupree came up to unit and went inside officer office. When we tried to speak or request, he made a few hateful remarks and said that he didn't talk to transit inmate to speak to his officer. Which she had already explained what everyone needed. All he said to her was to let us know that mats were coming. One inmate heard a staff say they had to

Att. 3 (d)

gets Mats shipped from another institution. Still no mats, no meds, no cleaning supplies, and no sanitation spray. Then inmates were told at "Recall", that they must remain in bunk area or go to the SHU. So forced to lay and sleep on Hard Steel, (with No form of cushion), all day and night sat. At 6:55 am sunday, two officers brought in mats. And later the Nurse Garcia, brought Insulin shots for some. She told the rest of us, that she couldnt help or do anything for us because she didnt have any of our meds. I hadnt had my Pain Medication or psych medications since Thursday night. My Back and Neck has been Non-stop Hurting everysince. On 6/25/2022 at 3:14 pm, I emailed, via TruLinks, the Captain. On 6/25/2022, at 3:25 pm, I emailed the Warden, (executive assistant and correctional services/captain). On 6/25/2022, at 3:29 p.m., I emailed (facilities), to Medical~Nurse Admin. On 6/25/2022, at 3:17 p.m. (psychology), to Nurse/Doctor. On all emails I informed each one our situations and requested Mats, meds, toilet essentials and change of clothing. Finally the laundry lady came Monday and got sizes for all inmates to get a change of clothes, I aske her if she could get someone from safety/or facilities to bring us some sanitizer spray and cleaner.? When she asked why didnt we have any, I informed her We'd been there for days with out any and have been asking everyone for some, she said "Oh my, I'll go get you all some right now" and she did.

Att. 3(e)

But after we had cleaned the pod, they came and moved a few of us at a time, and seperated us in different Pods. Before they moved us, Lt. Robinson, had came to the unit and asked what all was needed, and said that he is very sorry that we all had to go through that, that they was not ready to recieve us. Over the next few days I Filled out many sick calls over Back and neck pain. I was never seen by a nurse or Doctor. On 6/27/2022, at 12:25 p.m. ~ I wrote a sick call to Health Administrator ~ doctor/nurse, explaining pains and asking for my medications that I still had not recieved. On 6/27/2022, at 2:30, I wrote to pysch~nurse (psychology), explaining that I got a reply that I had recieved my meds, But I had not and asked them to please look into it for me because I haven't had meds since I left F.C.I. Berlin. Then finally recieved my meds. On 7/01/2 at 3:30 p.m., sent sick call to Doctor~ Explaining pains in m back and neck and saying that I have been putting in sick call but still haven't been seen, asking can I please get in to see the Doctor as soon as possible. When I finally got an Email back saying that I am on the list to be seen, I was then shipped out, so never got Medical Treatment. The unit they moved me and one other Inmate to was, H Unit 5th Floor (H-5 I then asked the counsler~ Gnamian, For a BP-8 and a Tort Claim (Standard Form 95). I spoke to J. Maesch, Unit Manager, about this issue, He replied "This is not a

Att. 3(f)

problem that can go back and be Fixed, what's done is done, so it's not For the Remedy Process." And Hatefully asked me and my cell mate, "why we were in the cell we were in, who the Hell told us we could move there." My cell mate was Todd Bussino #43763509. I Filled out the BP-8 and turned it into Case Manager, Mrs. Windham. She read it and told me that this is not a issue for Unit Team, so It'd just be shot right back to me. She said that I need to make it out to Captain Rodriguez, And that she would personally give it to him. That was on 7/03/2022, at approximently 1:15 p.m.. The BP-8 explained my complaint of no mats for 2 nights and Days, Uncleaned pod, No sanitizer spray, Explained to get more Mats, so Future inmates dont have to go through the treatment we went through. And I expected to be Finacially Compisated for Pain and suffering and any Medical Bills in the Future steeming from incedent. I got moved so didnt get to complete the Remedy Process. After Flights to OKL then back out next morning to W.V. *(Marshalls never showed to pick me up), so back on plane, Flew to Atl then Back to OKL. All day For 2 days on Flight shakled + Seated, then Standing during R-N-D process. I informed nurse during intake about the situation and that my Back and Neck was Hurting bad, and requested a Bottom Bunk Pass. Was Denied and told to Fill out sick call. So I did and never got seen.

Att 3(g)

I had to climb up and down for days on top Bunk. I Filled out another sick call on 7/14/2022. A male nurse came to my cell and asked a few questions, I informed him about the Pain in Back and Neck and going down in Legs And how long its been going on. And asked for Bottom Bunk pass. He didnt even check out my back, just said he'd order me a steriod shot, I said ok but can I get a M.R.I. or X-ray or something to see whats causing problems. He said, oh I didnt need it if I wasnt in a sudden jerks. Still didnt get checked out or Bottom Bunk Pass. On 7/15/2022 Nurse came in and gave me a steriod shot in my Buttox. On 7/16/2022, at 1:28 p.m., I sent email to unit Management, (3-d) counsler, Mr. Zapeda, explaining that I put in a BP-8 at MDC Brooklyn to Mrs. Windham for the Captain Rodriguez, and that I got moved shortly after, so I couldnt get a reply and go forth on the Administrative Remedy Process. I requested Mr. Zapeda for a Sensite-9. And as soon as possible, cause I could be leaving soon to go to County Jail and couldnt do the process there. On 7/16/2022, at 1:34 p.m., I sent email to Unit Management, (3-d/ Counsler) Mr. Castillo, approximately the same email, requesting sensitive-9 on this issue, asap. On 7/19/2022, at 5:40 p.m., I sent an email to Unit Management - to Case Manager - approximently same email, requesting a sensitive-9 asap. On 7/19/2022, at 5:35 pm, I emailed to Health Services, (Health Director Administrator), explaining issue

Att. 3(h)                                      Pg. 8 of 8

and pains in lower back and Neck, and that I put in sick call, recieved a steried shot, and didnt get bottom bunk pass. And request to be seen For Further treatment, that the shot did nothing to ease the pain, and that I had already been charged for a sick call once for same issue, so didnot need to be charged again. Listed Witness's can verify that at MDC Brooklyn, we was placed in a Diety, unsanitary pod, with no mates and No Meds or Cleaning supplies, or No change of clothes, or shower shoes, and cold tu diners for chow.

It was Cruel and Unusual Punishment, and Negligence of Institution. Violation of 8th Admendment Right. Violated Health rights, and violated Covid-19 potocols, violated BOP protocol for mandated sanitation spray. Inmate Handbook Department of Justice, Updated July 23, 2021, pg. 39 Inmate Rights and Responsibilties, #4 right to Health Care and Proper Bedding and clothing. Pg. 4 Sanitation Rules Beds to be made by 7:30am (Inmates my sleep on Made Bed after 7:30am) (No Razors Issued-Pg. 4.). Pg. 6 All Beds to be Made daily, If not, Displinary action is probable. Pg. 6-7 Issued clothing atleast three changes of clothing weekly.

From OK1, went to Grady Co., OKL - which after Filling sick call for pain issues, was told they would just check vitals and Prescribe Meds, just holding facility.

Michael Metcalf
54480-074

I am 21 years of age or Older, and I certify, verify, And Declare that all the Above statements is correct and accurat Under the Penalty of Pargury to the Best of My Knowledge.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Michael Lynn Metcalf

_____

_____
            Plaintiff,

[Insert full name of plaintiff/prisoner]

**CIVIL RIGHTS COMPLAINT**
42 U.S.C. § 1983

JURY DEMAND

YES ✓   NO _____

-against-

BOP Director, Warden-MDC
Brooklyn, MDC Brooklyn Staff-
Lt. Angevin/Lt. Dupree/
Captain Rodriquez/Nurse Garcia,
Medical-Nurse Admin.-Doctor-Psychology MDC Brooklyn,
Health Administrator Director, Executive Asst. Health Service-OKL
Nurse OKL     Defendant(s). ✱ See Att. 1.(a)

[Insert full name(s) of defendant(s). If you need additional
space, please write "see attached" and insert a separate
page with the full names of the additional defendants. The
names listed above must be identical to those listed in Part I]

I.      Parties: (In item A below, place your name in the first blank and provide your present
        address and telephone number. Do the same for additional plaintiffs, if any.)

        A.   Name of plaintiff Michael Lynn Metcalf

        If you are incarcerated, provide the name of the facility and address:

        Clark County Jail

        501 E. Court Ave.

        Jeffersonville, Ind. 47130

        Prisoner ID Number: 75393 / Federal Reg.#54480-074

1

If you are not incarcerated, provide your current address:

_____

_____

_____

Telephone Number: _____

 

     **B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

Angevin     See Att. 1 (a)
Full Name

Lt.
Job Title

MDC Brooklyn, NY
Address

Defendant No. 2

Mr. Dupree     See Att. 1 (a)
Full Name

Lt.
Job Title

MDC Brooklyn, NY
Address

Defendant No. 3

Mr. Rodriguez    See Att. 1 (a)
Full Name

Captain
Job Title

MDC Brooklynn

2

_____

Address

Defendant No. 4

Warden,    See Att. 1(a)

Full Name

Warden

Job Title

MDC Brooklyn

_____

Address

Defendant No. 5

See Att. 1(a)

Full Name

BOP Director

Job Title

_____

_____

Address

## II.    Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? MDC Brooklyn, NY ~ OKL Transport Facility ~, Grady County Jail, OKL ~ See Att. 3(a),(b),(c),(d),(e),(f),(g),(h).

When did the events happen? (include approximate time and date) See Att. 3(a),(b),(c),(d),(e),(f),(g),(h).

3

Facts: (what happened?) See Att. 3(a),(b),(c),(d),(e),(f),(g) (h).

II.A.    Injuries.    If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required.  Was medical treatment received?

Lower Back, Neck, Nerve Damage, PTSD. Steriod Shot at OKL Transport Center ~ BOP. Nothing Else.

4

III.    Relief:  State what relief you are seeking if you prevail on your complaint.

Awarded $750,000.⁰⁰ and All future Medical Bills paid steeming from these Injuries, for the Facilities Named to be better prepared and Staffed so that No future inmates to have to Endure the same pain and treatment that Metcalf and all named Inmates went thru.

I declare under penalty of perjury that on __8-11-2024__, I delivered this complaint to prison authorities at __Clark Co. Jail, Ind.__ to be mailed to the United
                                                                (name of prison)
States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: __8-10-2024__        __Michael L. Metcalf__
                            Signature of Plaintiff

__Clark County Corrections/Jail, Ind.__
Name of Prison Facility or Address if not incarcerated

__501 E. Court Ave.__
__Jeffersonville, Ind. 47130__
Address

__#75393__
Prisoner ID#

rev. 12/1/2015

5

Att. 1 (a)

Persons Involved -                    Date - Time

1) ~ Lt. Angevin        MDC Bro. 6-24-22 = 1745
2) ~ Lt. Dupree                  7-06-22 - 0542
3) ~ Nurse - Garcia
4) ~ Captain - Rodriguez      9.) BOP Director
5) ~ Warden OF MDC Brooklyn
6) ~ Medical/Nurse Admin., Doctor, Psychology
7) Health Administrator Director
8) Executive Assistant
               OXL      7-14-22 - 7-20-22
1) Medical ~ Nurse on 7-15-22
2) Health Services ~ Health director Administrator
3) Unit 3-d Counselor ~ Castillo
4) Unit 3-d Counselor ~ Mr. Zapeda
           F.C.I. Berlin
1) Sick Call - seen on 6-6-2023 ~ Golden, Patrick CD
    (Requested M.R.I./and X-ray)

Att. 2 (a)

Standard Form 95

Line 11.    Witnesses ~ MDC-Bro.

Date - Time
6/24/2022 - 1745
to
7/06/2022 - 0542

Names                    Address ?

Federal Bureau of Prison Inmates -

1.) Maico Turell  # 28581509
2.) Darryl Spengler # 23763509
3.) Alash Raiz # 676903844  ?
4.) Brian Velez # 26103014
5.) Maleke Sockwell # 48209509
6.) Darren Branton # 48687066
7.) Rashaan Corbin # 78787053
8.) Gregory Libby # 00278509
9.) Arismendy Gilpadilla # 02565509
10) Anthony Reynoso # 13398036
11.) Daniel Rivera # 03742049
12) Marino Saverino # 22526014
13) Cecilio Gonzalez # 69362066
14) Hector Minaya Melo # 21403509
15) Ernest Lamax # 17508030
16) Quentin Dixon # 01003120
17) Lamont Burge # 42429083
18) Richard Delsanta # 46159509
19) Frankie Jones # 65188056
20) Daniel Sansona # 16846509
21) Bernard Godson # 01711138
22) Robert Scott # 64994509

Att. 2 (b)

23) Todd Bussino # 43763509
24) Angel Delgado # 12279070
25) Marquis McNair # 12146070
26) Samathis # 10774/510 ?
27) Kory Almand # 15801049

Federal Bureau of Prisons Staff ~
    (MDC Brooklyn)
1) Officer Benjamin ~ worked 6/25/2022 3:30pm~10:00p.m.
2) Mrs _____ (Laundry) worked 6/26/2022 → Gonzalez ?
3) Unit H~52 (5th Floor) Counselor ~ Gnamian
4) Unit Manager ~ J. Moesch
5) Case Manager ~ Mrs. Windham
6) Lt. Robinson

Att. 3(a)

Standard Form 95

* Line 8 ~ Basis of Claim

After 2 days of Long bus rides, we arrived at MDC. Brooklyn on 6/24/2022. Staff had us setting in R-N-D for Many hours on Concrete. They took some inmates to the units. The Lt. Angevin, had made the remark "It's getting late, just open up the dorm and place the rest of them in there." They told us that there wasn't enough room in any of the other units for the rest of us. So the Lt. Angevin and her officers took us to an open-bunk pod, Staff that was working informed us that this pod hadn't been used in nearly 5 years. During R-N-D, Staff gave us the Clothes that we had on and a sheet and a Blanket. The pod we were placed in was so nasty. Cut the lights on and was so Hot and humid, so they turned on a Big Industrial fan that Blew lots of Dust and particles all around the air from thru-out the pod. Did not provide any of us with masks. There was Molded stryrofoam cups of old Food on lots of the Bunks and Inside of lockers. Sinks were very nasty. There were a few toilet stalls, But only one toilet was working. Two of the toilets was Filled with Feces and tissue, they had plastic bags wrapped around them hard telling how long they been like that. The smell was unbearable. Only one shower was operational and there was mold all in it. Of all the orderlies MDC Brooklyn had, they did not take 30 minutes of time and let 2 or 3 workers

Att. 3 (b)

clean the unit prior to placing us in there. It was extremely unsanitary. There was no Cleaning supplies or Sanitation spray, that is mandated through out the BOP. We asked for cleaning supplies, gloves, sanitation spray, shower shoes, change of clothing, and Mats. We also asked when we would recieve our medications, that most of us brought Meds off the bus.* That they had upon Arrival in R-N-D. And during intake everyone seen the nurse and they knew what each of us was prescribed, She had our Meds.

Lt. Angevin and the officers that placed us in the dorm could clearly see it wasn't sanitary. They just gave us sandwiches and told us they'd be back shortly with Mats and other requested items. No one came back that night, the gaurd on duty told us at approximently 9:45 pm / or so, (Count Time), that all the inmates had to be behind the Blue Line inside Bunk area. The bunks were not (6) Feet apart. They did not test any of us, that came on the buses From different spots, for Covid-19 upon arrival. Placed us all together in the open dorm, some were vaccinated and some were not. Alot of us inmates had Health issues.* Mentally and Physically. Some on walking crutches, crippled, and some needing insulin shots. Many times we keep asking for Mats, Meds, and cleaning supplies. The duty officers kept calling Medical and the Lt., but all we kept getting told was that, they know and are working on it. They told us the Housing Unit that we was in was 4 North.

Att. 3 (c)

The next day, after everyone exhausted from being up since Thursday night/Friday morning and long hard bus rides, So we were all forced to lay on + try to sleep on the Steel Bunks with no kind of Mat or cushion at all. All the phones were cut off and all the new arrivals to BOP were asking for their pin #'s and pac #'s to access the phones and computers. The duty officer said she was sorry, that they must wait and get it from a Unit Team Staff and and since that Dorm hadn't been in use, that there was no Unit Team for any of us to see or talk to. So no one could contact their families or lawyers. They told us, that had already had our pin #'s and pac #'s, that all the phones wasn't working because of technical difficulty, but as soon as we recieved mats, they started working.

Saturday, June 25, 2022 / 3:30 pm - 10:00 p.m.; Officer Benjamin came on. All of us was cranky from lack of sleep, sore and hurting from having to lay on Steel Bunks with no mats. We all kept asking her questions that she couldn't answer and she really didn't know what was going on. She tried to help us the best she could. She called Medical and the Lt. many times. Finally Lt. Dupree came up to unit and went inside officer office. When we tried to speak or request, he made a few hateful remarks and said that he didn't talk to transit inmate to speak to his officer. Which she had already explained what everyone needed. All he said to her was to let us know that mats were coming. One inmate heard a staff say they had to

Att. 3 (d)

gets mats shipped from another institution. Still no meds, no meds, no cleaning supplies, and no sanitation spray. Then inmates were told at "Recall", that they must remain in bunk area or go to the SHU. So forced to lay and sleep on hard steel, (with no form of cushion), all day and night Sat. At 6:55 am Sunday, two officers brought in mats. And later the Nurse Garcia, brought insulin shots for some. She told the rest of us, that she couldn't help or do anything for us because she didn't have any of our meds. I hadn't had my pain medication or psych medications since Thursday night. My back and neck has been non-stop hurting every since. On 6/25/2022, at 3:14 pm, I emailed, via TruLinks, the Captain. On 6/25/2022, at 3:25 pm, I emailed the Warden (executive assistant and correctional services/captain). On 6/25/2022, at 3:29 p.m, I emailed (facilities), to Medical~Nurse Admin. On 6/25/2022, at 3:17 pm (psychology), to Nurse/Doctor. On all emails I informed each one our situations and requested mats, meds, toilet essentials and change of clothing. Finally the laundry lady came Monday and got sizes for all inmates to get a change of clothes, I asked her if she could get someone from safety/or facilities to bring us some sanitizer spray and cleaner.[2] When she asked why didn't we have any, I informed her we'd been there for days with out any and have been asking everyone for some, she said "Oh my, I'll go get you all some right now" and she did.

Att. 3(e)

But after we had cleaned the pod, they came and moved a few of us at a time, and seperated us in different Pods. Before they moved us, Lt. Robinson, had came to the unit and asked what all was needed, and said that he is very sorry that we all had to go through that, that they was not ready to recieve us. Over the next few days I filled out many sick calls over Back and neck pain. I was never seen by a nurse or Doctor. On 6/27/2022, at 12:25 p.m. I wrote a sick call to Health Administrator~ doctor/nurse, explaining pains and asking for my medications that I still had not recieved. On 6/27/2022, at 2:30, I wrote to pysch~nurse (psychology), explaining that I got a reply that I had recieved my meds, But I had not and asked them to please look into it for me because I haven't had meds since I left F.C.I. Berlin. Then finally recieved my meds. On 7/01/2 at 3:30 p.m., sent sick call to Doctor~ Explaining pains in m back and neck and saying that I have been putting in sick call but still haven't been seen, asking can I please get in to see the Doctor as soon as possible. When I finally got an Email back saying that I am on the list to be seen, I was then shipped out, so never got Medical Treatment. The unit they moved me and one other Inmate to was, H Unit 5th Floor (H-) I then asked the counsler~ Gnamian, For a BP-8 and a Tort Claim (standard Form 95). I spoke to J. Moesch, Unit Manager, about this issue, He replied "This is not a

Att. 3(f)

problem that can go back and be Fixed, what's done is done, so it's not for the Remedy Process." And Hatefully asked me and my cell mate, "why we were in the cell we were in, who the Hell told us we could move there." My cell mate was Todd Bussino # 43768509. I Filled out the BP-8 and turned it into Case Manager, Mrs. Windham. She read it and told me that this is not a issue For Unit Team, so It'd just be shot right back to me. She said that I need to make it out to Captain Rodriguez, And that she would personally give it to him. That was on 7/03/2022, at approximently 1:15 p.m.. The BP-8 explained my complaint of no mats for 2 nights and Days, Uncleaned pod, No sanitizer spray, Explained to get more Mats, so future inmates dont have to go through the treatment we went through. And I expected to be Finacially compisated for Pain and suffecing and any Medical Bills in the future steeming from incedent. I got moved so didnt get to complete the Remedy Process. After Flights to OKL then back out next morning to W.V. *(Marshalls never showed to pick me up), so back on plane, Flew to Atl then Back to OKL. All day for 2 days on Flight shackled + Seated, then Standing during R-N-D process. I informed ouise during intake about the situation and that my Back and Neck was Hurting bad, and requested a Bottom Bunk Pass. Was Denied and told to Fill out sick call. So I did and never got seen.

Att. 3(g)

I had to climb up and down for days on top Bunk. I Filled out another sick call on 7/14/2022. A male nurse came to my cell and asked a Few questions, I informed him about the Pain in Back and Neck and going down in Legs And how long its been going on. And asked for Bottom Bunk pass. He didnt even check out my back, just said he'd order me a steriod shot, I said ok but can I get a M.R.I. or X-ray or something to see whats causing problems. He said, oh I didnt need it if I wasnt in a sudden jerks. Still didnt get checked out or Bottom Bunk Pass. On 7/15/2022 Nurse came in and gave me a steriod shot in my Buttox. On 7/16/2022, at 1:28 p.m., I sent email to Unit Management, (3~d) counsler, Mr. Zapeda, explaining that I put in a BP-8 at MDC Brooklyn to Mrs. Windham for the Captain Rodriguez, and that I got moved shortly after, so I couldnt get a reply and go forth on the Administrative Remedy Process. I requested Mr. Zapeda for a Sensite~9. And as soon as possible, cause I could be leaving soon to go to County Jail and couldnt do the process there. On 7/16/2022, at 1:34 p.m., I sent email to Unit Management, (3~d/Counsler) Mr. Castillo, approximately the same email, requesting sensitive~9 on this issue, asap. On 7/19/2022, at 5:40 p.m., I sent an email to Unit Management - to Case Manager~ approximently same email, requesting a sensitive~9 asap. On 7/19/2022, at 5:35 pm, I emailed to Health Services, (Health Director Administrator), explaining issue

Att. 3(h)                                    Pg. 8 of 8

and pains in lower back and Neck, and that I put in sick call, recieved a steriod shot, and didnt get bottom bunk pass. And request to be seen for further treatment, that the shot did nothing to ease the pain, and that I had already been charged for a sick call once for same issue, so did not need to be charged again. Listed Witness's can verify that at MDC Brooklyn, we was placed in a Dirty, unsanitary pod, with no mates and No Meds or Cleaning supplies, or No change of clothes, or shower shoes, and cold tv diners for chow.

It was Cruel and Unusual Punishment, and Negligence of Institution. Violation of 8th Admendment Right. Violated Health rights, and violated Covid-19 potecols, violated BOP protocol for mandated sanitation spray. Inmate Handbook Department of Justice, Updated July 23, 2021, pg. 39 Inmate Rights and Responsibilities, #4 right to HealthCare and Proper Bedding and Clothing. Pg. 4 Sanitation Rules Beds to be made by 7:30am (Inmates my sleep on Made Bed after 7:30am) (No Razors Issued-Pg. 4). Pg. 6-All Beds to be Made daily, If not, Displinary action is probable. Pg. 6-7 Issued clothing at least three changes of clothing weekly.

From OKL, went to Grady Co., OKL - which after filling sick call for pain issues, was told they would just check vitals and Prescribe Meds, just holding facility.

Michael Metcalf
54480-074

I am 21 years of age or Older, and I certify, verify, And Declare that all the Above Statements is correct and accurat Under the Penalty of Pargury to the Best of My Knowledge.

Mich[...] [...]
501 E. Court Ave.
Jeffersonville, IN 47130



FILED
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 2 6 2024 ★
BROOKLYN OFFICE

United States District Court
Eastern District Of New York
Pro Se Office
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

USMS

CLARK COUNTY JAIL
Inmate Correspondence
Not Responsible for Contents