United States District Court
Eastern District of New York

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
JUN 18 2025
BROOKLYN OFFICE

RECEIVED
JUN 20 2025
PRO SE OFFICE

Michael Metcalf,
Plaintiff.

~against~

24 Civ. 5472 (PKC)(LB)

Jury Trial - ✓yes

Lt. Alexis Angevin; Lt. James Dupree;
Nurse Marilyn Garcia; Captain Carlos
Rodriguez; Medical-Nurse Admin.;
Doctor, Psychology; Health
Administrator Director; Executive
Assistant OKL 7-14-22 / 7-20-22;
Medical Nurse on 7-15-22; Health
Services. Health Director Administrator;
Counselor Castillo, Unit 3-d; Counselor
Mr. Zapeda, Unit 3-d; CD Patrick
Golden; Director FBP Collette S. Peters;
and Warden Raul Maldonado, Jr.
Defendants

Amended Complaint

I. Parties in this complaint:
A.
Plaintiff - Michael Lynn Metcalf   Id# 75393
            Clark County Jail.
            501 E. Court Ave
            Jeffersonville, Ind 47130

prison Fed Reg
# 54480-074



B.

Defendant No 1        Angevin    *See Att. 1(a)
                      Lt.
                      MDC Brooklynn, N.Y.

Defendant No. 2.      Mr. Dupree  * See Att. 1(a)
                      Lt.
                      MDC Brooklyn, NY

Defendant No. 3       Mr. Rodriguez * See Att. 1(a)
                      Captain
                      MDC Brooklyn

Defendant No. 4       Warden       * See Att. 1(a)
                      Warden
                      MDC Brooklynn, N.Y.

Defendant No. 5       BOP Director * See Att 1(a)

II    Statement of Claim:
      Where did events giving rise to your claim(s) occur?
      - MDC Brooklyn, N.Y - OKL Transport Facility -
      Grady County Jail, OKL * See. Att 3(a), 3(b), 3(c),
                  3(d), 3(e), 3(f), 3(g), 3(h)
      When did the events happen? 6-24-22 thru
      7-06-22 (MDC Brooklyn) ; 7-14-22 - 7-20-22 (OKL)
      6-6-2023 - (F.C.I. Berlin) *See Att 3(a), 3(b), 3(c), 3(d),
                  3(e), 3(f), 3(g), 3(h)

Facts: (what happened)? See Att. 3(a), 3(b), 3(c), 3(d), 3(e), 3(f), 3(g), 3(h)

II.  A. Injuries:
Nerve Damage in Back + Legs, Neck and Back Alignment Strain, Sharp pains and Stinging in Lower Back and down back of thighs. Constant pains in Neck and Lower Back, Back locks up on plaintiff frequently since incident. Emotional Distress, Ptsd, Night Terrors, Mental Brake down, Depression, Physical and Emotional/Mental Pain and Suffering ~ Only Treatment Recieved was a Steriod Shot at OKL Transport Center~Bop.

III.  Relief:
~ Seeking, Awarded $ 750,000.⁰⁰ and all future Medical Bills paid, steeming from these Injuries. And for the Named facilities, to be better prepared and staffed so that No future inmates have to Endure the Same pain and treatment that Metcalf and all named Inmates went thru
Relief sought out for pain and suffering

IV.  Exhaustion of Administrative Remedies:
A) Happened while Incarcerated at MDC Brookly, and OKL Transportation Center (BOP), and Grady Co. Jail, OKL.
B) MDC Brooklyn and OKL (BOP) had remedy process, Grady Co. Jail and Washington Co. Detention Center, TN, didnot.
C) MDC Brooklyn - Filed BP-8 * Could not finish Remedy thru Transport.
D) Yes, Did file grievance at MDC Brooklyn, tried at OKL.

f.) Although filed a BP-8, at MDC Brooklyn, still reported it to Staff, Lt. Robinson, Unit #52 (5th Floor) Counselor ~ Gnamian, Unit Manager ~ Mrs. Windham, Unit Manager ~ J. Moesch. Also to Named Defendants. During the time of 6-25-2022 (with Officer Benjamin) thru 7-6-2022
 * See Att. 2(a), 2(b)

V    A) No previous lawsuits in State or Federal court steeming from this incident.

   I declare under penalty of perjury that the foregoing is true and correct.
   Signed this 11th day of June, 2025.

          Signature ~ Michael L. Metcalf
          Inmate Numb: 75393 / Fed Reg# 54480-074
          Institution Address - Clark Co. Jail, Ind.
                    501 E. Court Ave
                    Jeffersonville, Ind 47130

   I declare under penalty of perjury that on this 13th day of June, 2025, I am delivering this complaint to prison authorities to be Mailed to the Pro Se Office of the United States District Court for the Eastern District of New York.

          Signature of Plaintiff ~ Michael M Scalf

Att. 1 (a)

Persons Involved -          Date - Time
1) ~ Lt. Angevin      MDC Bro. 6-24-22 - 1745
2) ~ Lt. Dupree                      to
                          7-06-22 - 0542
3) ~ Nurse ~ Garcia
4) ~ Captain ~ Rodriguez      9.) BOP Director
5) ~ Warden of MDC Brooklyn
6) ~ Medical / Nurse Adnia., Doctor, Psychology
7) Health Administrator Director
8) Executive Assistant
          OXL    7~14-22 - 7-20-22
1) Medical ~ Nurse on 7-15-22
2) Health Services ~ Health director Administrator
3) Unit 3-d Counselor~ Castillo
4) Unit 3-d Counselor~ Mr. Zapeda
          F.C.I. Berlin
1) Sick Call ~ seen on 6~6~2023 ~ Golden, Patrick CD
   (Requested M.R.I. / and X-ray)

Att. 2 (a)

Standard Form 95
Line 11. Witnesses ~ MDC~Bro.
Names              Address ?

Date ~ Time
6/24/2022 ~ 1745
to
7/06/2022 ~ 0542

Federal Bureau of Prison Inmates ~

1) Maico Turell  # 28581509
2) Darryl Spengler # 23763509
3) Alash Raiz # 676903844 ?
4) Brian Velez # 26103014
5) Maleke Sockwell # 48209509
6) Darren Branton # 48687066
7) Rashaan Corbin # 78787053
8) Gregory Libby # 00278509
9) Arismendy Gilpadilla # 02565509
10) Anthony Reynoso # 13398036
11) Daniel Rivera # 03742049
12) Marino Saverino # 22526014
13) Cecilio Gonzalez # 69362066
14) Hector Minaya Melo # 21403509
15) Ernest Lomax # 17508030
16) Quentin Dixon # 01003120
17) Lamont Burge # 42429083
18) Richard Delsanta # 46159509
19) Frankie Jones # 65188056
20) Daniel Sansona # 168416509
21) Bernard Godson # 01711138
22) Robert Scott # 64994509

Att. 2 (b)

23.) Todd Bussino # 43763509
24.) Angel Delgado # 12279070
25.) Marquis M<sup>c</sup>Nair # 12146070
26.) Samathis # 10774/510 ?
27.) Kory Almand # 15801049
Federal Bureau of Prisons Staff ~
(MDC Brooklyn)
1.) Officer Benjamin ~ Worked 6/25/2022 3:30p.m ~ 10:00p.m.
2.) Mrs. _____ (Laundry) worked 6/26/2022 → Gonzalez ?
3.) Unit H~52 (5th Floor) Counselor ~ Gnamian
4.) Unit Manager ~ J. Moesch
5.) Case Manager ~ Mrs. Windham
6.) Lt. Robinson

Att. 3(a)

Standard Form 95

* Line 8 ~ Basis of Claim

After 2 days of Long bus rides, we arrived at MDC Brooklyn on 6/24/2022. Staff had us salting in R-N-D for Many hours on concrete. They took some inmates to the units. The Lt. Angevin, had made the remark "It's getting late, just open up the dorm and place the rest of them in there." They told us that there wasnt enough room in any of the other units for the rest of us. So the Lt. Angevin and her officers took us to an open-bunk pod. Staff that was working informed us that this pod hadnt been used in nearly 5 years. During R-N-D, Staff gave us the clothes that we had on and a sheet and a Blanket. The pod we were placed in was so nasty. Cut the lights on and was so Hot and humid, so they turned on a Big Industrial fan that Blew lots of Dust and particles all around the air from thru-out the pod. Did not provide any of us with masks. There was Molded stryrofoam cups of old Food on lots of the Bunks and Inside of lockers. Sinks were very nasty. There were a few toilet stalls, But only one toilet was working. Two of the toilets was Filled with feces and tissue, they had plastic bags wrapped around them hard telling how long they been like that. The smell was unbearable. Only one shower was operational and there was mold all in it. Of all the orderlies MDC Brooklyn had, they did not take 30 minutes of time and let 2 or 3 workers

Att. 3 (b)

clean the unit prior to placing us in there. It was extremely unsanitary. There was No Cleaning supplies or sanitation spray, that is mandated through out the BOP. We asked for cleaning supplies, gloves, sanitation spray, shower shoes, change of clothing, and Mats. We also asked when we would recieve our medications, that most of us brought Meds off the bus.* That they had upon Arrival in R-N-D. And during intake everyone seen the nurse and they knew what each of us was prescribed, She had our Meds.

Lt. Angevin and the officers that placed us in the dorm could clearly see it wasn't sanitary. They just gave us sandwiches and told us they'd be back shortly with Mats and other requested items. No one came back that night, the gaurd on duty told us at approximently 9:45pm /or so, (Count Time), that all the inmates had to be behind the Blue Line inside Bunk area. The bunks were not (6) Feet apart. They did not test any of us, that came on the buses from different spots, for Covid-19 upon arrival. Placed us all together in the open dorm, some were vaccinated and some were not. A lot of us inmates had Health issues,* Mentally and Physically. Some on walking crutches, crippled, and some needing insulin shots. Many times we keep asking for Mats, Meds, and cleaning supplies. The duty officers kept calling Medical and the Lt., but all we kept getting told was that, they know and are working on it. They told us the Housing Unit that we was in was 4 North.

Att. 3 (c)

The next day, after everyone exhausted from being up since Thursday night/Friday morning and long hard bus rides, So we were all forced to lay on & try to sleep on the Steel Bunks with no kind of Mat or cushion at all. All the phones were cut off and all the new arrivals to BOP were asking for their pin #'s and pac #'s to access the phones and computers. The duty officer said she was sorry, that they must wait and get it from a Unit Team Staff and and since that Dorm hadn't been in use, that there was no Unit Team for any of us to see or talk to. So no one could contact their families or lawyers. They told us, that had already had our pin #'s and pac #'s, that all the phones wasn't working because of technical difficulty, but as soon as we recieved mats, they started working.

Saturday, June 25, 2022 / 3:30 p.m.- 10:00 p.m., Officer Benjamin came on. All of us was cranky from lack of sleep, sore and hurting from having to lay on Steel Bunks with no mats. We all kept asking her questions that she couldn't answer and she really didn't know what was going on. She tried to help us the best she could. She called medical and the Lt. many times. Finally Lt. Dupree came up to unit and went inside officer office. When we tried to speak or request, he made a few hateful remarks and said that he didn't talk to transit inmate to speak to his officer, which she had already explained what everyone needed. All he said to her was to let us know that mats were coming, One inmate heard a staff say they had to

Att. 3 (d)

gets Mats shipped from another institution. Still no mats, no meds, no cleaning supplies, and no sanitation spray. Then inmates were told at "Recall", that they must remain in bunk area or go to the SHU. So forced to lay and Sleep on Hard Steel, (with no form of cushion), all day and night sat. At 6:55am sunday, two officers brought in mats. And later the Nurse Garcia, brought Insulin shots for some. She told the rest of us, that she couldnt help or do anything for us because she didnt have any of our meds. I hadnt had my Pain medication or psych medications since Thursday night. My Back and Neck has been Non-stop Hurting everysince. On 6/25/2022, at 3:14pm, I emailed, via TruLinks, the Captain. On 6/25/2022, at 3:25pm, I emailed the Warden, (executive assistant and correctional services/captain). On 6/25/2022, at 3:29pm, I emailed (facilities), to Medical~Nurse Admin. On 6/25/2022, at 3:17pm (psychology), to Nurse/Doctor. On all emails I informed each one our situations and requested Mats, meds, toilet essentials, and change of clothing. Finally the laundry lady came Monday and got sizes for all inmates to get a change of clothes, I asked her if she could get someone from safety/or facilities to bring us some sanitizer spray and cleaner? When she asked why didnt we have any, I informed her we'd been there for days without any and have been asking everyone for some, she said "Oh my, I'll go get you all some right now" and she did.

Att. 3(e)

But after we had cleaned the pod, they came and moved a few of us at a time, and seperated us in different Pods. Before they moved us, Lt. Robinson, had came to the unit and asked what all was needed, and said that he is very sorry that we all had to go through that, that they was not ready to recieve us. Over the next few days I Filled out many sick calls over Back and neck pain. I was never seen by a nurse or Doctor. On 6/27/2022, at 12:25 p.m. I wrote a sick call to Health Administrator~ doctor/nurse, explaining pains and asking for my Medications that I still had not recieved. On 6/27/2022, at 2:30, I wrote to pysch~ nurse (psychology), explaining that I got a reply that I had recieved my meds, But I had not and asked them to please look into it for me because I haven't had meds since I left F.C.I. Berlin. Then Finally recieved my meds. On 7/21/2 at 3:30 p.m., sent sick call to Doctor~ Explaining pains in m back and neck and saying that I have been putting in sick calls but still haven't been seen, asking can I please get in to see the Doctor as soon as possible. When I finally got an Email back saying that I am on the list to be seen, I was then shipped out, so never got Medical Treatment. The unit they moved me and one other Inmate to was, H Unit 5th Floor (H-5 I then asked the counsler~ Gnomian, For a BP-8 and a Tort Claim (Standard Form 95). I spoke to J. Moesch, Unit Manager, about this issue, He replied "This is not a

Att. 5(F)

pg 5 of 8

problem that can go back and be fixed, what's done is done, so it's not for the Remedy Process." And Hatefully asked me and my cellmate, "why we were in the cell we were in, who the Hell told us we could move there." My cell mate was Todd Bussino~ #43763509. I filled out the BP-8 and turned it into Case Manager, Mrs. Windham. She read it and told me that this is not a issue for unit Team, so It'd just be shot right back to me. She said that I need to make it out to Captain Rodriguez, And that she would personally give it to him. That was on 7/03/2022, at approximently 1:15 p.m.. The BP-8 explained my complaint of no mats for 2 nights and days, uncleaned pod, No sanitizer spray, Explained to get more Mats, so future inmates don't have to go through the treatment we went through. And I expected to be finacially compisated for Pain and suffering and any Medical Bills in the future steeming from incedent. I got moved so didn't get to complete the Remedy Process. After Flights to OKL then back out next morning to W.V. *(Marshalls never showed to pick me up), so back on plane, Flew to Atl then Back to OKL. All day for 2 days on Flight shakled & Seated, then Standing during R-N-D process. I informed nurse during intake about the situation and that my Back and Neck was Hurting bad, and requested a Bottom Bunk Pass. was Denied and told to Fill out sick call. So I did and never got seen.

Att. 3(g)                                          pg. 7 of 8

I put in 2 different Request to Unit 3-d counselor, Castillo and unit 3-d counselor, Mr. Zapeda. explaining the situation and that I needed a sensitive 9 form so that I can try to finish the Administrative Remedey Process, Never got a reply or the BP-9. Also while I was at OKL transport I put in sick call for Back + Neck pains But only thing done was nurse came to my cell gave me a steriod Shot and refused x-ray and/or Mri. I filled out Another sick call asking for 2nd opinion and explain the shot didnt help the pains. No Reply. After Transported to Grady Co., OKL, I filled out sick call + request x-ray/MRI, Answer was all they can do was issue Ibuprofen and I was already on them. So Nothing done there. Went to TN, county jail - with the same response there Medically and couldnt finish Administrated Remendy Process there. On 6-6-2023 I requested (MRI and x-ray) at F.C.I. Berlin - Golden, Patrick CD. I am currently waiting to get Back to federal Institution to follow up with injuries. At current jail they wont give pain Meds or do Anything with Med. Request. The Medication that Metcalf was on that was sent with him to MDC Brooklyn was,

1) Venlafaxine (Effexor) - for Depression, Anxiety, PTSD.
2) Prazosin - for Night Terrors and Anger Management.
3) Ibuprofen 800 - for pain and Inflamation.

Att. 3 (h)

Pg. 8 of 8

Named Defendants Violated Metcalf's 8th Amendment Right, Violated Health Rights, and violated Covid-19 protocols. Violated BOP protocol for Mandated sanitation spray.

They caused injuries and serious Medical Indifference by intentionally and deliberately placing Metcalf, and other Named Inmates, into a Unsanitary unit, Not giving cleaning supplies, No Mask, Making plaintiffs sit, lay, + sleep on all steel Bunks with No Mats or padding. Would not have him seen by Medical per-requests, Did not Disperse his Mental, psych, and pain Meds, that arrived with Him. The plaintiff still has issues with Back pain and locking up from that incident and it caused psychological Damage the Suffering + torture going without his Medication.

United States District Court
Eastern District of New York

24 Civ. 5472 (PKC)(LB)

Michael Metcalf
~ against ~

AFFIRMATION OF SERVICE

Lt. Alexis Angevin; Lt. James Dupree; Nurse Marilyn Garcia;
Captain Carlos Rodriguez; Medical-Nurse Admin., Doctor, Psychology;
Health Administrator Director; Executive Assistant OKL 7-14-22/7-20-22;
Medical Nurse on 7-15-22; Health Services; Health Director Administrator;
Counselor Castillo, OKL Unit 3-d, Counselor. Zapeda. OKL Unit 3-d,
CD Patrick Golden; Director FBP Collette S. Peters; and
Warden Raul Maldonado, Jr.
Defendants.
        ~ I, Michael Metcalf, declare under
penalty of perjury that I have served a copy of the
attached Amended Complaint upon the defensive
Representation of Defendants whose Address is
United States District Court Eastern District of New York
225 Cadman Plaza East Brooklyn, N.Y. 11201, by Mail.

Dated: Jeffersonville, Ind.
        June        11th, 2025
                        Signature  Michael Metcalf #75393
                        Address      501 E. Court Ave
                                        Jeffersonville, Ind
                Zip Code - 47103
                Telephone - (423) 943-0172

United States District Court
Eastern District of New York

Michael Metcalf,
Plaintiff,                     24 Civ. 5472 (PKC)(LB)
   ~against~
                                        Jury Trail - ✓yes

Lt. Alexis Angevin; Lt. James Dupree;
Nurse Marilyn Garcia; Captain Carlos
Rodriguez; Medical - Nurse Admin.,
Doctor, Psychology; Health
Administrator Director; Executive
Assistant OKL 7-14-22 / 7-20-22;
Medical Nurse on 7-15-22; Health
Services, Health Director Administrator;
Counselor Castillo, Unit 3-d; Counselor
Mr. Zapeda, Unit 3d; CD 'Patrick
Golden'; Director FBP Collette S. Peters;
and Warden Raul Maldonado, Jr.
      Defendants

                Amended Complaint

I. Parties in this complaint:
A.
Plaintiff - Michael Lynn Metcalf    Id# 75393
          Clark County Jail
          501 E. Court Ave               prison Fed Reg
          Jeffersonville Ind 47130       # 54480-074

B.

Defendant No. 1        Angevin    *See Att. 1(a)
                       Lt.
                       MDC Brooklynn, N.Y.

Defendant No. 2.       Mr. Dupree    * See Att. 1(a)
                       Lt.
                       MDC Brooklyn, NY

Defendant No. 3        Mr. Rodriguez  *See Att. 1(a)
                       Captain
                       MDC Brooklynn

Defendant No. 4        Warden         * See Att. 1(a)
                       Warden
                       MDC Brooklynn, N.Y.

Defendant No. 5        BOP Director  * See Att 1(a)

II  Statement of Claim:
    Where did events giving rise to your claim(s) occur?
    ~ MDC Brooklyn, NY ~ OKL Transport Facility ~
    Grady County Jail, OKL * See Att 3(a), 3(b), 3(c),
             3(d), 3(e), 3(f), 3(g), 3(h)
    When did the events happen?  6-24-22 thru
    7-06-22 (MDC Brooklyn); 7-14-22 - 7-20-22 (OKL)
    6-6-2023 - (F.C.I. Berlin) *See Att 3(a), 3(b), 3(c), 3(d),
             3(e), 3(f), 3(g), 3(h)



Facts: (what happened)? See Att. 3(a),3(b),3(c), 3(d),3(e),3(f),3(g),3(h)

II.  A. Injuries:

Nerve Damage in Back + Legs, Neck and Back Alignment Strain, Sharp pains and Stinging in Lower Back and down back of thighs. Constant pains in Neck and Lower Back, Back locks up on plaintiff frequently since incident. Emotional Distress, Ptsd, Night Terrors, Mental Brake down, Depression, Physical and Emotional/Mental Pain and Suffering ~ Only Treatment Recieved was a Steriod Shot at OKL Transport Center~Bop.

III.  Relief:

~ Seeking, Awarded $ 750,000.ºº and all future Medical Bills paid, steeming from these Injuries. And for the Named Facilities, to be better prepared and staffed so that no future inmates have to Endure the Same pain and treatment that Metcalf and all named Inmates went thrue
Relief sought out for pain and suffering

IV.  Exhaustion of Administrative Remedies:

A.) Happened While Incarcerated at MDC Brookly, and OKL Transportation Center (BOP), and Grady Co. Jail, OKL.

B.) MDC Brooklyn and OKL (BOP) had remedy process, Grady Co. Jail and Washington Co. Detention Center, TN, did not.

C.) MDC Brooklyn - Filed BP-8 * Could not finish Remedy thru Transport.

D.) Yes, Did file grievance at MDC Brooklyn, tried at OKL.



f.) Although Filed a BP-8, at MDC Brooklyn, still reported it to Staff, Lt. Robinson, Unit #52 (5th floor) Counselor ~ Gnamian, Unit Manager ~ Mrs. Windham, Unit Manager ~ J. Moesch. Also to Named Defendants. During the time of 6-25-2022 (with Officer Benjamin) thru 7-6-2022 * See Att. 2(a), 2(b)

V.    A) No previous lawsuits in state or federal court steeming from this incident.

        I declare under penalty of perjury that the foregoing is true and correct.
        Signed this 11th day of June, 2025.

            Signature - Michael L. Metcalf
            Inmate Numb.- 75393 / Fed Reg# 54480-074
            Institution Address - Clark Co. Jail, Ind.
                        501 E. court Ave
                        Jeffersonville, Ind 47130

        I declare under penalty of perjury that on this 13th day of June, 2025, I am delivering this complaint to prison authorities to be Mailed to the Pro Se Office of the United States District Court for the Eastern District of New York.

            Signature of Plaintiff - Michael Metcalf

Att. 1 (a)

Persons Involved -                    Date - Time

1) ~ Lt. Angevin          MDC Bro. 6-24-22 - 17:45
2) ~ Lt. Dupree                      to
                                7-06-22 - 05:42
3) ~ Nurse ~ Garcia
4) ~ Captain ~ Rodriguez      9.) BOP Director
5) ~ Warden of MDC Brooklyn
6) ~ Medical / Nurse Admin., Doctor, Psychology
7) Health Administrator Director
8) Executive Assistant
          OXL    7~14-22 - 7~20-22

1) Medical ~ Nurse on 7-15-22
2) Health Services ~ Health director Administrator
3) Unit 3~d Counselor ~ Castillo
4) Unit 3~d Counselor ~ Mr. Zapeda
          F.C.I. Berlin
1) Sick Call ~ seen on 6~6~2023 ~ Golden, Patrick CD
          (Requested M.R.I./and X-ray)

Att. 2 (a)

Standard Form 95

Line 11.    Witnesses ~ MDC~Bro.

Names                 Address ?

Date - Time
6/24/2022 ~ 1745
to
7/06/2022 ~ 0542

Federal Bureau of Prison Inmates ~

1) Maico Turell # 28581509
2) Darryl Spengler # 23763509
3) Alash Ralz # 676903844 ?
4) Brian Velez # 26103014
5) Maleke Sockwell # 48209509
6) Darren Branton # 48687066
7) Rashaan Corbin # 78787053
8) Gregory Libby # 00278509
9) Arismendy Gilpadilla # 02565509
10) Anthony Reynoso # 13398036
11) Daniel Rivera # 03742049
12) Marino Saverino # 22526014
13) Cecilio Gonzalez # 69362066
14) Hector Minaya Melo # 21403509
15) Ernest Lomax # 17508030
16) Quentin Dixon # 01003120
17) Lamont Burge # 42429083
18) Richard Delsanta # 46159509
19) Frankie Jones # 65188056
20) Daniel Sansoon # 168416509
21) Bernard Godson # 01711138
22) Robert Scott # 64994509

Att. 2 (6)

23.) Todd Bussino # 43763509
24.) Angel Delgado # 12279070
25.) Marquis McNair # 12146070
26.) Samathis # 107741510 ?
27.) Kory Almand # 15801049

Federal Bureau of Prisons Staff ~
    (MDC Brooklyn)

1) Officer Benjamin ~ worked 6/25/2022 3:30p.m ~ 10:00p.m.
2) Mrs _____ (Laundry) worked 6/26/2022 ⇒ Gonzalez?
3) Unit H ~ 52 (5th Floor) Counselor ~ Gnamian
4) Unit Manager ~ J. Moesch
5) Case Manager ~ Mrs. Windham
6) Lt. Robinson

Att. 3(a)

Standard Form 95
* Line 8 ~ Basis of Claim

After 2 days of Long bus rides, we arrived at MDC Brooklyn on 6/24/2022. Staff had us sitting in R-N-D for Many hours on Concrete. They took some inmates to the units. The Lt. Angevin, had made the remark "It's getting late, just open up the dorm and place the rest of them in there." They told us that there wasn't enough room in any of the other units for the rest of us. So the Lt. Angevin and her officers took us to an open-bunk pod. Staff that was working informed us that this pod hadn't been used in nearly 5 years. During R-N-D, Staff gave us the Clothes that we had on and a sheet and a Blanket. The pod we were placed in was so nasty. Cut the lights on and was so Hot and humid, so they turned on a Big Industrial fan that Blew lots of Dust and particles all around the air from thru-out the pod. Did not provide any of us with masks. There was Molded styrofoam cups of old food on lots of the Bunks and Inside of lockers. Sinks were very nasty. There were a few toilet stalls, But only one toilet was working. Two of the toilets was Filled with Feces and tissue; they had plastic bags wrapped around them hard telling how long they been like that. The smell was unbearable. Only one shower was operational and there was mold all in it. Of all the orderlies MDC Brooklyn had, they did not take 30 minutes of time and let 2 or 3 workers

Att. 3 (b)

clean the unit prior to placing us in there. It was extremely unsanitary. There was No Cleaning supplies or Sanitation spray, that is mandated through out the BOP. We asked for cleaning supplies, gloves, sanitation spray, shower shoes, change of clothing, and Mats. We also asked when we would recieve our medications, that most of us brought Meds off the bus.* That they had upon Arrival in R-N-D. And during intake everyone seen the nurse and they knew what each of us was prescribed, She had our Meds.

Lt. Angevin and the officers that placed us in the dorm could clearly see it wasn't sanitary. They just gave us sandwiches and told us they'd be back shortly with Mats and other requested items. No one came back that night, the gaurd on duty told us at approximently 9:45 pm / or so, (Count Time), that all the inmates had to be behind the Blue Line inside Bunk area. The bunks were not (6) feet apart. They did not test any of us, that came on the buses from different spots, for Covid-19 upon arrival. Placed us all together in the open dorm, some were vaccinated and some were not. Alot of us inmates had Health issues* Mentally and Physically. Some on walking crutches, crippled, and some needing insulin shots. Many times we keep asking for Mats, Meds, and cleaning supplies. The duty officers kept calling Medical and the Lt., but all we kept getting told was that, they know and are working on it. They told us the Housing Unit that we was in was 4 North.

Att 3 (c)

The next day, after everyone exhausted from being up since Thursday night/Friday morning and long hard bus rides, so we were all forced to lay on & try to sleep on the steel bunks with no kind of Mat or cushion at all. All the phones were cut off and all the new arrivals to BOP, were asking for their pin #'s and pac #'s to access the phones and computers. The duty officer said she was sorry, that they must wait and get it from a Unit Team Staff and and since that Dorm hadn't been in use, that there was no Unit Team for any of us to see or talk to. So no one could contact their families or lawyers. They told us, that had already had our pin #'s and pac #'s, that all the phones wasn't working because of technical difficulty, but as soon as we recieved mats, they started working.

Saturday, June 25, 2022 / 3:30pm-10:00 p.m., Officer Benjamin came on. All of us was cranky from lack of sleep, sore and hurting from having to lay on steel bunks with no mats. We all kept asking her questions that she couldn't answer and she really didn't know what was going on. She tried to help us the best she could. She called medical and the Lt. many times. Finally Lt. Dupree came up to unit and went inside officer office. When we tried to speak or request, he made a few hateful remarks and said that he didn't talk to trans'd inmate to speak to his officer. Which she had already explained what everyone needed. All he said to her was to let us know that mats were coming. One inmate heard a staff say they had to

Att. 3(e)

But after we had cleaned the pod, they came and moved a few of us at a time; and seperated us in different Pods. Before they moved us, Lt. Robinson; had came to the unit and asked what all was needed, and said that he is very sorry that we all had to go through that, that they was not ready to recieve us. Over the next few days I filled out many sick calls over Back and neck pain. I was never seen by a nurse or Doctor. On 6/27/2022, at 12:25 p.m. I wrote a sick call to Health Administrator~doctor/nurse, explaining pains and asking for my medications that I still had not recieved. On 6/27/2022, at 2:30, I wrote to pysch~nurse (psychology), explaining that I got a reply that I had recieved my meds, But I had not and asked them to please look into it for me because I haven't had meds since I left E.C.I. Berlin. Then finally recieved my meds. On 7/01/2 at 3:30 p.m., sent sick call to Doctor~ Explaining pains in m back and neck and saying that I have been putting in sick calls but still haven't been seen, asking can I please get in to see the Doctor as soon as possible. When I finally got an Email back saying that I am on the list to be seen, I was then shipped out, so never got Medical Treatment. The unit they moved me and one other Inmate to was, H Unit 5th Floor (H-5 I then asked the counsler~ Gnamian, For a BP-8 and a Tort Claim (Standard Form 95). I spoke to J. Moesch, Unit Manager, about this issue, He replied "This is not a

Att. 3(F)                                  pg 6 of 8

problem that can go back and be fixed, what's done is done, so it's not for the Remedy Process." And Hatefully asked me and my cellmate, "why we were in the cell we were in, who the Hell told us we could move there," My cellmate was Todd Bussino~#43763509. I filled out the BP-8 and turned it into Case Manager, Mrs. Windham. She read it and told me that this is not a issue for unit Team, so It'd just be shot right back to me. She said that I need to make it out to Captain Rodriguez, And that she would personally give it to him. That was on 7/03/2022, at approximently 1:15 p.m.. The BP-8 explained my complaint of no mats for 2 nights and days, uncleaned pod, No sanitizer spray, Explained to get more Mats, so future inmates don't have to go through the treatment we went through. And I expected to be finacially compisated for Pain and suffering and any Medical Bills in the future steeming from incedent. I got moved so didn't get to complete the Remedy Process. After Flights to OK! then back out next morning to W.V. *(Marshalls never showed to pick me up), so back on plane, Flew to Atl then Back to OK!. All day for 2 days on Flight shakled + seated, then standing during R-N-D process. I informed nurse during intake about the situation and that my Back and Neck was Hurting bad, and requested a Bottom Bunk Pass. Was Denied and told to Fill out sick call. So I did and never get seen

Att. 3(g)                                    pg. 7 of 8

I put in 2 different Request to Unit 3-d counselor, Castillo and Unit 3-d Counselor, Mr. Zapeda explaining the situation and that I needed a sensitive 9 form so that I can try to finish the Administrative Remedey Process. Never got a reply or the BP-9. Also while I was at OKL transport I put in sick call for Back + Neck pains But only thing done was nurse came to my cell gave me a steriod Shot and refused x-ray and/or Mri. I filled out Another sick call asking for 2nd opinion and explain the shot didnt help the pains. No Reply. After Transported to Grady Co., OKL, I filled out sick call + request x-ray/MrI, Answer was all they can do was issue Ibuprofen and I was already on them. So Nothing done there. Went to TN, county jail - with the same response there Medically and couldnt finish Administrated Remedy Process there. On 6-6-2023 I requested (MRI and x-ray) at F.C.I. Berlin- Golden, letork CD. I am currently waiting to get Back to Federal Institution to follow up with injuries. At current jail they wont give pain Meds or do anything with Med. Request. The Medication that Metcalf was on that was sent with him to MDC Brooklyn was,
1) venlafaxine (Effexor) - for Depression, Anxiety, PtSD.
2) Prazosin. for Night Terrors and Anger Management.
3) Ibuprofen 800 ~ for pain and Inflamation.

Att. 3 (h)

Named Defendants Violated Metcalf's 8th Admendment Right, Violated Health Rights, and violated Covid-19 protocols. Violated BOP protocol for Mandated sanitation spray.

They caused injuries and serious Medical Indifference by intentionally and deliberatelly placing Metcalf, and other Named Inmates, into a Unsanitary Unit, Not giving cleaning Supplies, No Mask, Making plaintiff sit, lay, + sleep on all steel Bunks with No Mats or padding. Would not have him seen by Medical per-requests, Did not Disperse his Mental, psych, and pain Meds, that arrived with Him. The plaintiff still has issues with Back pain and locking up from that incident and it caused psychological Damage the Suffering + torture going without his Medication.

United States District Court
Eastern District of New York

24 Civ. 5472 (PKC)(LB)

Michael Metcalf
~ against ~

AFFIRMATION OF SERVICE

Lt. Alexis Angevin; Lt. James Dupree; Nurse Marilyn Garcia;
Captain Carlos Rodriguez; Medical-Nurse Admin., Doctor, Psychology;
Health Administrator Director; Executive Assistant OKL 7-14-22/7-20-22;
Medical Nurse on 7-15-22; Health Services; Health Director Administator;
Counselor Castillo, OKL Unit 3-d, Counselor Zapeda-OKL Unit 3-d;
CD Patrick Golden; Director FBP Collette S. Peters; and
Warden Raul Maldonado, Jr.
Defendants.

~ I, Michael Metcalf, declare under
penalty of perjury that I have served a copy of the
attached Amended Complaint upon the defensive
Representation of Defendants whose Address is
United States District Court Eastern District of New York
225 Cadman Plaza East Brooklyn, N.Y. 11201, by Mail.

Dated: Jeffersonville, Ind.
      June   11th, 2025

                  Signature   Michael Metcalf 75393
                  Address     501 E. Court Ave.
                              Jeffersonville, Ind
               Zip Code -   47103
               Telephone -  (423) 943-0172

United States District Court
Eastern District of New York

Michael Metcalf,
Plaintiff                    24 Civ. 5472 (PKC)(LB)
   ~against~
                                    Jury Trial - yes

Lt. Alexis Angevin; Lt. James Dupree;
Nurse Marilyn Garcia; Captain Carlos
Rodriguez; Medical-Nurse Admin.,
Doctor, Psychology; Health
Administrator Director; Executive
Assistant OKL 7-14-22 / 7-20-22;
Medical Nurse on 7-15-22; Health
Services. Health Director Administrator;
Counselor Castillo, Unit 3-d; Counselor
Mr. Zapeda, Unit 3d; CD Patrick
Golden; Director FBP Collette S. Peters;
and Warden Raul Maldonado, Jr.
        Defendants

                Amended Complaint

I. Parties in this complaint:
A.
Plaintiff - Michael Lynn Metcalf   Id# 75393
        Clark County Jail              prison Fed Reg
        501 E. Court Ave               # 54480-024
        Jeffersonville, Ind 47130

B.

Defendant No. 1    Angevin    *See Att. 1(a)
Lt.
MDC Brooklynn, N.Y.

Defendant No. 2.    Mr. Dupree    * See Att. 1(a)
Lt.
MDC Brooklyn, NY

Defendant No. 3    Mr. Rodriguez *See Att. 1(a)
Captain
MDC Brooklynn

Defendant No. 4    Warden    * See Att. 1(a)
Warden
MDC Brooklynn, N.Y.

Defendant No. 5    BOP Director * See Att 1(a)

II  Statement of Claim:
Where did events giving rise to your claim(s) occur?
~ MDC Brooklyn, N.Y ~ OKL Transport Facility ~
Grady County Jail, OKL * See. Att 3(a), 3(b), 3(c),
3(d), 3(e), 3(f), 3(g), 3(h)
When did the events happen?  6-24-22 thru
7-06-22 (MDC Brooklyn) ; 7-14-22 - 7-20-22 (OKL)
6-6-2023 - (F.C.I. Berlin) * See Att 3(a), 3(b), 3(c), 3(d),
3(e), 3(f), 3(g), 3(h)

Facts: (what happened)? See Att. 3(a), 3(b), 3(c), 3(d), 3(e), 3(f), 3(g), 3(h)

II. A. Injuries:
Nerve Damage in Back + Legs, Neck and Back Alignment Strain, Sharp pains and stinging in Lower Back and down back of thighs. Constant pains in Neck and Lower Back, Back locks up on plaintiff frequently since incident. Emotional Distress, Ptsd, Night Terrors, Mental Brake down, Depression. Physical and Emotional/Mental Pain and Suffering
~ Only Treatment Recieved was a Steriod Shot at OKL Transport Center~Bop.

III. Relief:
~ Seeking, Awarded $750,000.°° and all future Medical Bills paid, steeming from these Injuries. And for the Named Facilities, to be better prepared and staffed so that No future inmates have to Endure the Same pain and treatment that Metcalf and all named Inmates went thruc
Relief sought out for pain and suffering

IV. Exhaustion of Administrative Remedies:
A.) Happened while Incarcerated at MDC Brookly, and OKL Transportation Center (BOP), and Grady Co. Jail, OKL.
B.) MDC Brooklyn and OKL (BOP) had remedy process, Grady Co. Jail and Washington Co. Detention Center, TN, did not.
C.) MDC Brooklyn - Filed BP-8 * Could not finish Remedy thru Transport.
D.) Yes, Did file grievance at MDC Brooklyn, tried at OKL.



F.) Although Filed a BP-8, at MDC Brooklyn, still reported it to Staff, Lt. Robinson, Unit #52 (5th Floor) Counselor~ Gnamian, Unit Manager ~ Mrs. Windham, Unit Manager ~ J. Moesch. Also to Named Defendants. During the time of 6-25-2022 (with Officer Benjamin) thru 7-6-2022

   * See Att. 2(a), 2(b)

V    A) No previous lawsuits in state or Federal court steeming from this incident.


      I declare under penalty of perjury that the foregoing is true and correct.
      Signed this 11th day of June, 2025.

            Signature ~ Michael L. Metcalf
            Inmate Numb.~ 75393 / Fed Reg # 54480-074
            Institution Address - Clark Co. Jail, Ind.
                  501 E. Court Ave
                  Jeffersonville, Ind 47130


      I declare under penalty of perjury that on this 13th day of June, 2025, I am delivering this complaint to prison authorities to be Mailed to the Pro Se Office of the United States District Court for the Eastern District of New York.

            Signature of Plaintiff ~ Michael Metcalf

Att. 1 (a)

Persons Involved ~                    Date ~ Time
1) ~ Lt. Angevin          MDC Bro. 6-24-22 ~ 17:45
2) ~ Lt. Dupree                          to
3) ~ Nurse ~ Garcia          7-06-22 ~ 05:42
4) ~ Captain ~ Rodriguez      9) BOP Director
5) ~ Warden of MDC Brooklyn
6) ~ Medical/Nurse Admin., Doctor, Psychology
7) Health Administrator Director
8) Executive Assistant
              OKL    7~14-22 ~ 7~20-22
1) Medical ~ Nurse on 7-15-22
2) Health Services ~ Health director Administrator
3) Unit 3~d Counselor ~ Castillo
4) Unit 3~d Counselor ~ Mr. Zapeda
         F.C.I. Berlin
1) Sick Call ~ seen on 6~6~2023 ~ Golden, Patrick, CD
    (Requested M.R.I. / and X~ray)

Att. 2(a)

Standard Form 95
Line 11.   Witnesses ~ MDC-Bro.

Date ~ Time
6/24/2022 ~ 1745
to
7/06/2022 ~ 0542

Names                    Address ?

Federal Bureau of Prison Inmates ~

1) Maico Turell # 28581509
2) Darryl Spengler # 23763509
3) Alash Roiz # 676903844 ?
4) Brian Velez # 26103014
5) Maleke Sockwell # 48209509
6) Darren Branton # 48687066
7) Rashaan Corbin # 78787053
8) Gregory Libby # 00278509
9) Arismendy Gilpadilla # 02565509
10) Anthony Reynoso # 13398036
11) Daniel Rivera # 03742049
12) Marino Saverino # 22526014
13) Cecilio Gonzalez # 69362066
14) Hector Minaya Melo # 21403509
15) Ernest Lomax # 17508030
16) Quentin Dixon # 01003120
17) Lamont Burge # 42429083
18) Richard Delsanta # 46159509
19) Frankie Jones # 65188056
20) Daniel Sansona # 16846509
21) Bernard Godson # 01711138
22) Robert Scott # 64994509

Att. 2 (b)

23.) Todd Bussino # 43763509
24.) Angel Delgado # 12279070
25.) Marquis McNair # 12146070
26.) Samathis # 10774/510 ?
27.) Kory Almand # 15801049
     Federal Bureau of Prisons Staff ~
        (MDC Brooklyn)
1.) Officer Benjamin ~ Worked 6/25/2022 3:30p.m ~ 10:00p.m.
2.) Mrs. _____ (Laundry) Worked 6/26/2022 → Gonzalez ?
3.) Unit H-52 (5th Floor) Counselor ~ Gnamian
4.) Unit Manager ~ J. Moesch
5.) Case Manager ~ Mrs. Windham
6.) Lt. Robinson

Att. 3(a)

Standard Form 95

\* Line 8 - Basis of Claim

After 2 days of Long bus rides, we arrived at MDC Brooklyn on 6/24/2022. Staff had us sitting in R-N-D for Many hours on Concrete. They took some inmates to the units. The Lt., Angevin, had made the remark "It's getting late, just open up the dorm and place the rest of them in there." They told us that there wasnt enough room in any of the other units for the rest of us. So the Lt. Angevin and her officers took us to an open-bunk pod. Staff that was working informed us that this pod hadn't been used in nearly 5 years. During R-N-D, Staff gave us the Clothes that we had on and a sheet and a Blanket. The pod we were placed in was so nasty. Cut the lights on and was so Hot and humid, so they turned on a Big Industrial fan that Blew lots of Dust and particles all around the air from thru-out the pod. Did not provide any of us with masks. There was Molded stryrofoam cups of old Food on lots of the Bunks and Inside of lockers. Sinks were very nasty. There were a few toilet stalls, But only one toilet was working. Two of the toilets was Filled with Feces and tissue; they had plastic bags wrapped around them. hard telling how long they been like that. The smell was unbearable. Only one shower was operational and there was mold all in it. Of all the orderlies MDC Brooklyn had, they did not take 30 minutes of time and let 2 or 3 workers

Att. 3 (b)

clean the unit prior to placing us in there. It was extremely unsanitary. There was No Cleaning supplies or Sanitation spray, that is mandated through out the BOP. We asked for cleaning supplies, gloves, sanitation spray, shower shoes, change of clothing, and Mats. We also asked when we would recieve our medications, that most of us brought Meds off the bus.* That they had upon Arrival in R-N-D. And during intake everyone seen the nurse and they knew what each of us was prescribed, she had our Meds.

Lt. Angevin and the officers that placed us in the dorm could clearly see it wasn't sanitary. They just gave us sandwiches and told us they'd be back shortly with Mats and other requested items. No one came back that night, the gaurd on duty told us at approximently 9:45 pm / or so, (Count Time), that all the inmates had to be behind the Blue Line inside Bunk area. The bunks were not (6) Feet apart. They did not test any of us, that came on the buses from different spots, for Covid-19 upon arrival. Placed us all together in the open dorm, some were vaccinated and some were not. Alot of us inmates had Health issues,* Mentally and Physically. Some on walking crutches, crippled, and some needing insulin shots. Many times we keep asking for Mats, Meds, and cleaning supplies. The duty officers kept calling Medical and the Lt., but all we kept getting told was that, they know and are working on it. They told us the Housing Unit that we was in was 4 North

Pg. 3 of 8

Att. 3 (c)

The next day, after everyone exhausted from being up since Thursday night/Friday morning and long hard bus rides, So we were all forced to lay on & try to sleep on the steel bunks with no kind of Mat or cushion at all. All the phones were cut off and all the new arrivals to BOP, were asking for their pin #'s and pac #'s to access the phones and computers. The duty officer said she was sorry, that they must wait and get it from a Unit Team staff and and since that Dorm hadn't been in use, that there was no Unit Team for any of us to see or talk to. So no one could contact their families or lawyers. They told us, that had already had our pin #'s and pac #'s, that all the phones wasn't workin because of technical difficulty, but as soon as we recieved mats, they started working.

Saturday, June 25, 2022 / 3:30pm-10:00p.m., Officer Benjamin came on. All of us was cranky from lack of sleep, sore and hurting from having to lay on steel bunks with no mats. We all kept asking her questions that she couldn't answer and she really didn't know what was going on. She tried to help us the best she could. She called Medical and the Lt. many times. Finally Lt. Dupree came up to unit and went inside officer office. When we tried to speak or request, he made a few hateful remarks and said that he didn't talk to transit inmate to speak to his officer, which she had already explained what everyone needed. All he said to her was to let us know that mats were coming. One inmate heard a staff say they had to

Att. 3(e)

But after we had cleaned the pod, they came and moved a few of us at a time, and seperated us in different Pods. Before they moved us, Lt. Robinson, had came to the Unit and asked what all was needed, and said that he is very sorry that we all had to go through that, that they was not ready to recieve us. Over the next few days I Filled out many sick calls over Back and neck pain. I was never seen by a nurse or Doctor. On 6/27/2022, at 12:25 p.m. I wrote a sick call to Health Administrator~doctor/nurse, explaining pains and asking for my medications that I still had not recieved. On 6/27/2022, at 2:30, I wrote to pysch~nurse (psychology), explaining that I got a reply that I had recieved my meds, But I had not and asked them to please look into it for me because I haven't had meds since I left F.C.I. Berlin, Then Finally recieved my meds. On 7/01/2 at 3:30p.m., sent sick call to Doctor~ Explaining pains in m back and neck and saying that I have been putting in sick call but still haven't been seen, asking can I please get in to see the Doctor as soon as possible. When I finally got an Email back saying that I am on the list to be seen, I was then shipped out, so never got Medical Treatment. The unit they moved me and one other Inmate to was, H Unit 5th Floor (H-5 I then asked the counsler~ Gnamion, For a BP-8 and a Tort Claim (Standerd Form 95). I spoke to J. Moesch, Unit Manager, about this issue, He replied "This is not a

Att. 5(F)    Pg 6 of 8

problem that can go back and be fixed, what's done is done, so it's not for the Remedy Process." And Hatefully asked me and my cellmate, "why we were in the cell we were in, who the Hell told us we could move there." My cell mate was Todd Bussino~#43763509. I filled out the BP-8 and turned it into Case Manager, Mrs. Windham. She read it and told me that this is not a issue for unit Team, so It'd just be shot right back to me. She said that I need to make it out to Captain Rodriguez, And that she would personally give it to him. That was on 7/03/2022, at approximently 1:15 p.m.. The BP-8 explained my complaint of no mats for 2 nights and days, uncleaned pod, No sanitizer spray, Explained to get more Mats, so future inmates don't have to go through the treatment we went through. And I expected to be finacially compisated for Pain and suffering and any Medical Bills in the future steeming from incedent. I got moved so didn't get to complete the Remedy Process. After flights to OK1 then back out next morning to W.V. *(Marshalls never showed to pick me up), so back on plane, Flew to Atl then Back to OK1. All day for 2 days on Flight shakled + Seated, then Standing during R-N-D process. I informed nurse during intake about the situation and that my Back and Neck was Hurting bad, and requested a Bottom Bunk Pass, Was Denied and told to Fill out sick call. So I did and never got seen

Att. 3(g)                                                pg. 7 of 8

I put in 2 different Request to Unit 3-d counselor, Castillo and Unit 3-d Counselor, Mr. Zapeda. explaining the situation and that I needed a sensitive 9 form so that I can try to finish the Administrative Remendey Process, Never got a reply of the BP-9. Also while I was at OKL transport I put in sick call for Back + Neck pains But only thing done was nurse came to my cell gave me a steriod Shot and refused x-ray and/or Mri. I filled out Another sick call asking for 2nd opinion and explain the shot didnt help the pains. No Reply. After Transported to Grady Co., OKL, I filled out sick call + request x-ray/MRI, Answer was all they can do was issue Ibuprofen and I was already on them. So Nothing done there. Went to TN, county jail - with the same response there Medically and couldnt Finish Administrated Remendy Process there. On 6-6-2023 I requested (MRI and x-ray) at F.C.I. Berlin - Golden, Patrick CD. I am currently waiting to get Back to Federal Institution to follow up with injuries. At current jail they wont give pain Meds or do Anything with Med. Request. The Medication that Metcalf was on that was sent with him to MDC Brooklyn was,
1) Venlafaxine (Effexor) - for Depression, Anxiety, PtSD.
2) Prazosin - for Night Terrors and Anger Management.
3) Ibuprofen 800 ~ for pain and Inflamation.

Att. 3 (h)

Named Defendants Violated Metcalf's 8th Amendment Right, Violated Health Rights, and Violated Covid-19 protocols. Violated BOP protocol for Mandated sanitation spray.

They caused injuries and serious Medical Indifference by intentionally and deliberately placing Metcalf, and other Named Inmates, into a Unsanitary Unit, Not giving cleaning Supplies, No Mask, Making plaintiff sit, lay, & sleep on all steel Bunks with No Mats or padding. Would not have him seen by Medical per-requests, Did not Disperse his Mental, psych, and pain meds, that arrived with Him. The plaintiff still has issues with Back pain and locking up from that incident and it caused psychological Damage the Suffering & torture going without his Medication.

United States District Court
Eastern District of New York

24 Civ. 5472 (PKC)(LB)

Michael Metcalf
~ against ~

AFFIRMATION OF SERVICE

Lt. Alexis Angevin; Lt. James Dupree; Nurse Marilyn Garcia; Captain Carlos Rodriguez; Medical-Nurse Admin., Doctor, Psychology; Health Administrator Director; Executive Assistant OKL 7-14-22/7-20-22; Medical Nurse on 7-15-22; Health Services; Health Director Administrator; Counselor Castillo, OKL unit 3-d, Counselor Zapeda - OKL Unit 3-d, CD Patrick Golden; Director FBP Collette S. Peters; and Warden Raul Maldonado, Jr.
Defendants.

~ I, Michael Metcalf, declare under penalty of perjury that I have served a copy of the attached Amended Complaint upon the defensive Representation of Defendants whose Address is United States District Court Eastern District of New York 225 Cadman Plaza East Brooklyn, N.Y. 11201, by Mail.

Dated: Jeffersonville, Ind.
        June     11th, 2025

                        Signature   Michael Metcalf 75393
                        Address     501 E. Court Ave
                                    Jeffersonville, Ind
                        Zip Code -  47103
                        Telephone - (423) 943-0172

To Court Clerk,

    Dear Sir/Madam,

    Will you please file this as soon as possible, there is a Deadline of June 16th, And with the Enclosed Copies will you please give to all parties involved in this case. Thank you so much for all your time and considerations in this matter.

Dated: June 11th, 2025

Respectfully Submitted,

Michael Metcalf

Return Address:

Michael Metcalf # 75393
Clark Co. Jail, Ind
501 E. Court Ave.
Jeffersonville, Ind 47130